APPENDIX "A"
ORDER APPROVING DISCLOSURE STATEMENT

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
**mepelbaum@shulkin.com**

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:   (208)344-7811
Facsimile:   (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Don J. Simplot, aka<br>El Paso Tree Farm Company<br><br>　　　　　　　　Debtor. | ) Chapter 11<br>) Case No. 06-00002-TLM<br>)<br>) **DRAFT - ORDER APPROVING**<br>) **DISCLOSURE STATEMENT AND**<br>) **FIXING TIME FOR**<br>　FILING ACCEPTANCES OR<br>　REJECTIONS OF PLAN, AND NOTICE<br>　THEREOF |

## ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

Don J. Simplot, aka El Passo Tree Farm Company filed a Disclosure Statement on _____, 2006. It having been determined after hearing on notice that the Disclosure Statement contains adequate information:

IT IS ORDERED, and notice is hereby given that:

**DRAFT - ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND NOTICE THEREOF  P -1-**
01936-014/188985 JMM/jib 8/31/06

1. The Disclosure Statement filed by Don J. Simplot, aka El Passo Tree Farm Company dated _____, 2006 is approved.

2. _____ is fixed as the last day for filing written acceptances or rejections of the Plan of Reorganization.

3. After the entry of this Order, the Plan of Reorganization, the Disclosure Statement, and a ballot conforming to Official Form No. 14 shall be transmitted by mail to creditors, equity security holders and other parties in interest as provided in Rule 3017(d).

4. _____ is fixed for the hearing on confirmation of the Plan of Reorganization at the U.S. Bankruptcy Court, Federal Building/U.S. Courthouse, 550 W. Fort Street, Boise, Idaho.

5. _____ is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) written objections to confirmation of the Plan of Reorganization and any objections must be sent to the U.S. Bankruptcy Court, 550 W. Fort Street, MSC 042, Boise, ID 83724 and to Joseph M. Meier, Cosho Humphrey, LLP, P.O. Box 9518, Boise, Idaho 83707, and to the U.S. Trustee, 720 Park Blvd., Ste. 220, Boise, ID 83701; and to Larry Prince, Holland and Hart, 101 S. Capital Blvd., Ste. 1400, Boise, Idaho 83701.

DATED this ____ day of _____, 2006.

_____
Terry L. Meyers
Chief U.S. Bankruptcy Judge

APPENDIX "B"
THE PLAN OF REORGANIZATION

APPENDIX "C"
PROPOSED BALLOT

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:   (208)344-7811
Facsimile:   (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) DRAFT - BALLOT FOR ACCEPTING OR |
| | ) REJECTING PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor filed a Plan of Reorganization dated the _____ day of _____ 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( ) unsecured, ( ) secured creditor of the above named debtors in the unpaid principal amount of $_____,

( ) Accepts
( ) Rejects
the Plan of the above named debtors.
Print or type name of business: _____
Signed: _____
By: (if appropriate) _____
    as _____
Address: _____
    _____

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE _____, 2006.

    Zach Springer, Deputy Clerk
    U.S. Bankruptcy Court
    550 West Fort, MSC 042
    Boise, Idaho 83724

APPENDIX "D"
LEGAL DESCRIPTION OF EL PASO PROPERTY

## SCHEDULE C
## PROPERTY DESCRIPTION

Parcel 1:

The North Half of the Southeast Quarter of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho.

AND

The Southeast Quarter of the Northeast Quarter of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho.

AND

That part of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho, more particularly described as follows:

BEGINNING at the Northeast corner of section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho; thence
North 89°42'38" West 659.33 feet; thence
South 0°02'13" East 661.80 feet along a line parallel to the East line of said Section 9 to the TRUE POINT OF BEGINNING; thence
South 0°01'00" East 330.45 feet; thence
South 89°40'18" East 659.45 feet to the East line of said Section 9; thence
North 0°02'13" West 330.90 feet along said East line; thence
South 89°42'38" West 659.33 feet to the TRUE POINT OF BEGINNING.

ALSO

That part of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho, more particularly described as follows:

BEGINNING at the Northeast corner of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho; thence
South 0°02'13" East 992.70 feet along the East line of said Section 9 to the TRUE POINT OF BEGINNING; thence
North 89°40'18" West 659.45 feet; thence
North 0°01'00" East 330.45 feet; thence
South 89°37'58" East 659.56 feet to the East line of said Section 9; thence
North 0°02'13" West along said East line to the TRUE POINT OF BEGINNING.



EXHIBIT "A-1" page 1
Canyon Cty
Home

**SCHEDULE C**
(Continued)

EXCEPTING THEREFROM

A portion of the Northeast Quarter of the Southeast Quarter, Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho, described as follows:

BEGINNING at the Southeast corner of the Northeast Quarter of the Southeast Quarter of said Section 9, Township 5 North, Range 3 West; thence
North along the East boundary line of the Northeast Quarter of the Southeast Quarter a distance of 300 feet; thence
West parallel to the South line of the Northeast Quarter of the Southeast Quarter a distance of approximately 1,320 feet to the West boundary line of the Northeast Quarter of the Southeast Quarter of said Section; thence
South along the Westerly boundary of the said Northeast Quarter of the Southeast Quarter 300 feet to the South boundary of the said Northeast Quarter of the Southeast Quarter; thence
East along the said South boundary of the Northeast Quarter of the Southeast Quarter a distance of 1,320 feet, more or less, to the POINT OF BEGINNING.

Parcel 2:

A portion of the Northeast Quarter of the Southeast Quarter, Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho, described as follows:

BEGINNING at the Southeast corner of the Northeast Quarter of the Southeast Quarter of said Section 9, Township 5 North, Range 3 West; thence
North along the East boundary line of the Northeast Quarter of the Southeast Quarter a distance of 300 feet; thence
West parallel to the South line of the Northeast Quarter of the Southeast Quarter a distance of approximately 1,320 feet to the West boundary line of the Northeast Quarter of the Southeast Quarter of said section, thence
South along the Westerly boundary of the said Northeast Quarter of the Southeast Quarter a distance of 300 feet to the South boundary of the said Northeast Quarter of the Southeast Quarter, thence
East along the said South boundary of the Northeast Quarter of the Southeast Quarter a distance of 1,320 feet, more or less, to the POINT OF BEGINNING.

EXCEPTING THEREFROM

COMMENCING at the Southeast corner of the North Half of the Southeast Quarter of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho; thence
North along the East boundary line of the said North Half of the Southeast Quarter a distance of 125 feet to the TRUE POINT OF BEGINNING; thence continuing
North along the said East boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
West parallel to the South boundary line of the North Half of the Southeast Quarter a distance of 125 feet;



**SCHEDULE C**
(Continued)

thence
South parallel to the East boundary line of the North Half of the Southeast Quarter a distance of 125 feet;
thence
East parallel to the South boundary line of the North Half of the Southeast Quarter a distance of 125 feet to the
POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM

BEGINNING at the, Southeast corner of the North Half of the Southeast Quarter of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho; thence
North along the East boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
West parallel to the South boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
South parallel to the East boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
East along the South boundary line of the North Half of the Southeast Quarter a distance of 125 feet to the POINT OF BEGINNING.

Parcel 3:

COMMENCING at the Southeast corner of the North Half of the Southeast Quarter of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho; thence
North along the East boundary line of the said North Half of the Southeast Quarter a distance of 125 feet to the TRUE POINT OF BEGINNING; thence continuing
North along the said East boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
West parallel to the South boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
South parallel to the East boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
East parallel to the South boundary line of the North Half of the Southeast Quarter a distance of 125 feet to the POINT OF BEGINNING.

Parcel 4:

BEGINNING at the Southeast corner of the North Half of the Southeast Quarter of Section 9, Township 5 North, Range 3 West, Boise Meridian, Canyon County, Idaho; thence
North along the East boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
West parallel to the South boundary line of the North Half of the Southeast Quarter a distance of 125 feet; thence
South parallel to the East boundary line of the North Half of the Southeast Quarter a distance of 125 feet;



EXHIBIT "A-1" p.3
Canyon Cty Home

**SCHEDULE C**
(Continued)

thence
East along the South boundary line of the North Half of the Southeast Quarter a distance of 125 feet to the POINT OF BEGINNING.

APPENDIX "E"
DEBTOR'S JUNE 2006 INCOME AND EXPENSES