APPENDIX "G"
SETTLEMENT AGREEMENT

# AGREEMENT

Robert and Reba Brennan, and the Settling Claimants, as identified below, agree as follows:

## I. PARTIES

1.1    Robert and Reba Brennan (the "Brennans") are married individuals residing in King County, Washington.  They and their marital community are parties to this agreement.  The Brennans filed for relief under Chapter 11 of the United States Bankruptcy Code on September 14, 2004 (the "Petition Date") and the case is pending before the United States Bankruptcy Court for the Western District of Washington at Seattle (the "Bankruptcy Court") under Case No. 04-22003.

1.2    The Settling Claimants are the following entities:
a.    3DM, LLC
b.    Donald Simplot
c.    Douglas Toms, Gerry Toms, his wife, and their marital community,
d.    GB Vessel Acquisitions, LLC
e.    Rascals Casino LLC
f.    Rascals, Inc.
g.    CQ River Cruises, LLC
h.    CQ Acquisitions, LLC
i.    Royal Management, Inc.
j.    BB Acquisitions, Inc.

## II. RECITALS

2.1    Mr. Brennan has served as managing member of many of the Settling Claimants, and has borrowed $600,000.00 from 3DM, LLC.  The Settling Claimants claim that Mr. Brennan's actions in borrowing money from 3DM, LLC and actions he took as managing member of various entities described in paragraph 1.2 above subject him to a claimed liability of over two million dollars.  The Settling Claimants further claim that this amount in non-dischargeable pursuant to 11 USC §523.  Mr. Brennan disputes these charges, and asserts in part that his dealings on behalf of the Settling

SETTLEMENT AGREEMENT – PAGE 1
Settlement Agreement revised bmm 7.1.05.doc

Claimants were undertaken with the knowledge and implied consent of the other members of the respective entities.

2.2     In the course of their dealings, the Brennans and the certain of the Settling Claimants have become liable to third parties either as guarantors or co-makers for funds borrowed by or on behalf of certain of the Settling Claimants.  These claims (Third Party Claims) include, without limitation, the following:

- i.  . Funds lent by Pacific Trade and Investment, Inc., who claims an approximate balance due of approximately $163,000.00;
- ii.   Funds lent by Rhode Asset Management LLC, who claims an approximate balance due of $900,000.00;
- iii.  Washington Mutual Bank, who claims a debt of approximately $5,700,000.00 for funds lent to BB Vessel Acquisition LLC for the purchase of a cruise ship;
- iii.  American Marine Bank, who claims a debt of approximately $1,000,000.00 for funds lent to purchase the Glacier Bay cruise ships;
- iv.   American West Bank, who claims a debt of $4,400,000.00 for funds lent to Rascals Casino;
- v.    Frontier Bank, who claim a debt of approximately $400,000.00 for funds lent to Rascals Casino;

2.3     The parties recognize that certain entities that Mr. Brennan is a manager of have caused or will cause the land and business assets of the Royal Casino in Everett Washington to be sold to Alan Hemmat or related entities.  As part of these transactions, the parties anticipate that approximately $150,000 shall be paid to Pacific Trade and Investments in partial satisfaction of the claim identified in paragraph 2.2 above, and an additional $250,000 shall be paid to Rhodes Asset Management in partial satisfaction of the claim identified in paragraph 2.2 above.

2.4     The Brennans claim membership interests in various of the Settling Claimants and seek enforcement of their membership rights.  The Settling Claimants assert that those membership interests are of minimal value, or have been forfeited as a result of the alleged wrongful actions described in paragraph 2.1 above.

2.5    The parties wish to minimize the expense and delay of protracted litigation, and with the goal of accomplishing this end have entered into the agreement set forth below:

### III. AGREEMENT

The Brennans and the Settling Claimants, intending to be legally bound hereby and in consideration of the premises above and agreements set forth herein and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, agree as follows:

3.1    Within 30 (thirty) calendar days of Plan Confirmation and Court Approval of this Agreement, as set forth below, the Brennans will pay or cause to be paid to Rhodes Asset Management the cash amount of $100,00.00.  In addition, the Brennans shall cause to be paid to Rhodes Asset Management the amount of $50,000 plus interest of 8% per annum from the date of plan confirmation to the date of payment.  The $50,000 shall be due one year after Plan Confirmation.  In the event that the payments required in this paragraph are not made, the parties agree that all claims of the Settling Claimants as described in paragraph 2.1 above shall be able to maintain that their claims are not dischargeable.  In the event the claims are proven to be of a type excepted from discharge pursuant to 11 USC §523, they will not be discharged by any discharge obtained by the Brennans pursuant to plan of reorganization described in paragraph 3.2 below.   The payments described in this paragraph are in addition to the payments described in paragraph 2.3 above.

3.2    Within 30 days of the Effective Date of this Agreement, the Brennans shall propose a plan of reorganization in the bankruptcy described in paragraph 1.1 above which, among other things, will propose that the Brennans perform the following the following:

i.    Relinquish any ownership claim in Rascals, Inc. and Rascals Casino, LLC;

    ii.    Relinquish any ownership claim in GB Vessel Acquisitions, LLC , and BB
           Acquisitions, LLC;

    iii.   Relinquish any ownership claim in CQ River Cruises, LLC and CQ
           Acquisitions, LLC;

    iv.   Compromise any potential claims pursuant to 11 USC §547 against any
           Settling Claimants for any alleged preferential transfers to those entities;

3.3    The Settling Claimants will vote to accept a plan of reorganization that contains the provisions set out in paragraph 3.2.

3.4    Subject to Plan Confirmation and Court approval as set forth in paragraph 3.12 below, to the Brennans completion of the payments described in paragraph 3.1 above, to the payments referred to in paragraph 2.3 being made as described, and to satisfaction of the obligation referred to in paragraph 2.2(i) being made as described, the Settling Claimants and their present and former partners, principals, employees, representatives, officers, attorneys, shareholders, partners, parent and/or subsidiary affiliates, assigns, agents, insurers and successors-in-interest shall fully and forever release, discharge and hold harmless the Brennans, their employees, representatives, officers, attorneys, shareholders, parent and/or subsidiary corporate entities, affiliates, branches, assigns, agents, insurers and successors-in-interest from any and all claims asserted as described in paragraph 2.1 or Third Party Claims described in paragraph 2.2.

3.5    Subject to Plan Confirmation and Bankruptcy Court approval as set forth in paragraph 3.12 below, and subject to completion of the payments described in paragraph 3.2 above, the Brennans shall fully and forever release and discharge the Settling Claimants, and their present and former partners, principals, employees, representatives, officers, attorneys, shareholders, directors, partners, parent and/or subsidiary corporations, affiliates, assigns, agents, insurers and successors-in-interest from any and all claims, including claims for enforcement of membership interests in any of the Settling Claimants as described in paragraph 2.4 above.

3.6    This Agreement may be executed in counterparts, which, when combined, shall constitute a single original.

3.7    A facsimile copy of a signature shall have the same force and effect as an original signature to this Agreement.

3.8    This Agreement incorporates all prior negotiations and agreements between the parties to it. Any modification of this Agreement shall be in writing and shall be signed by all parties to this Agreement.

3.9    The parties acknowledge and represent that they have had an opportunity to seek legal counsel regarding the effect of this Agreement.

3.10    The effective date (the 'Effective Date") of this Agreement shall be the last date appearing below.

3.11    This Agreement shall be binding upon and be enforceable against all successors or assignees of each of the parties hereto, including any subsequent trustee elected or appointed for the Debtor.

3.12    This Agreement is subject to Bankruptcy Court approval, and to the entry of a final order granting confirmation of a plan of reorganization in the bankruptcy described in paragraph 1.1 above which contains the provisions set out in paragraph 3.2 (Plan Confirmation). The Brennans shall apply for Bankruptcy Court approval in conjunction with the confirmation of their plan of reorganization. In the event Court Approval or Plan Confirmation is not granted within 90 days from the Effective Date of this Agreement, this agreement shall be null and void.

3.13    The parties signing this agreement warrant and represent that they have the power to bind each respective party to this agreement.

_____          Date:_____
Robert Brennan

SETTLEMENT AGREEMENT – PAGE 5
Settlement Agreement revised bmm 7.1.05.doc

_____          Date:_____
Reba Brennan


_____          Date:_____
Donald Simplot


_____          Date:_____
Douglas Toms


_____          Date:_____
Gerry Toms

GB Vessel Acquisitions, LLC

By:_____          Date:_____
Title:

Rascals Casino LLC

By:_____          Date:_____
Title:

Rascals, Inc.

By:_____          Date:_____
Title:

CQ River Cruises, LLC

By:_____          Date:_____
Title:

CQ Acquisitions, LLC

By:_____          Date:_____
Title:

Royal Management, Inc.

By:_____          Date:_____
Title:


SETTLEMENT AGREEMENT – PAGE 6
Settlement Agreement revised bmm 7.1.05.doc

APPENDIX "H"
MAP OF ELPASO AND HOLLOW ROAD PROPERTIES



DJS Properties' Property = 126.88

Don Simplot's Property = 130.41

TOTAL ACREAGE:
257.29

Hollow Road

El Paso Road

Sand Hollow Road

C1-31

APPENDIX "I"
RESULTS OF AUCTION

✓ = need dups
o = need title

Bill Dowbe Auction Service, Inc.
P.O. Box 458, 2137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"DON SIMPLOT DAY 1 AUCTION"                        Page:    1
Consignment Sales - Detail   Thu Sep 14 15:43:08 2006

Consignment: 1
Consignor:   DON SIMPLOT
BOISE, ID
    870-3018

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 1 | 2003 POLARIS ATV ATV GRN<br>Odom: 0 Vin: 4XARF50A11D164861<br>SOLD FOR DON SIMPLOT<br>BDAS TAX#1138025 | 1 | 104 | | | 8800.00 |
| 2 | 2000 KAWASAKI ATV MV RED<br>Odom: 0 Vin: JK1AFCB13YB503655<br>SOLD FOR DON SIMPLOT<br>BDAS TAX #1138025 | 1 | 104 | | | 2250.00 |
| 3 | 1999 KAWASAKI ATV MULE MV RED<br>Odom: 0 Vin: JK1AFBD18YB500015<br>SOLD FOR DON SIMPLOT<br>BDAS TAX #1138025 | 1 | 104 | | | 3200.00 |
| 4 | 2004 POLARIS 700 ATV YELLOW<br>Odom: 0 Vin: 4XACH68A64A022789<br>SOLD FOR DON SIMPLOT<br>BDAS TAX#1138025 | 1 | 274 | | | 5700.00 |
| 5 | 1999 YAMAHA WOLVERINE ATV GRN<br>Odom: 0 Vin: JY44KBA00TA054322<br>SOLD FOR DON SIMPLOT<br>BDAS TAX #1138025 | 1 | 224 | | | 2100.00 |
| 6 | 1999 YAMAHA ATV MV BLUE<br>Odom: 0 Vin: JY43FAW02XA109085<br>SOLD FOR DON SIMPLOT<br>BDAS TAX#1138025 | 1 | 136 | | | 1150.00 |
| 7 | 1999 YAMAHA ATV MV BLUE<br>Odom: 0 Vin: JY43FAW02XA109040<br>SOLD FOR DON SIMPLOT<br>BDAS TAX #1138025 | 1 | 99 | | | 1150.00 |
| 8 | 1999 YAMAHA 25XL MV GRN<br>Odom: 0 Vin: 5Y4AG01W5XA008576<br>SOLD FOR DON SIMPLOT<br>BDAS TAX #1138025 | 1 | 202 | | | 1050.00 |
| 9 | 1977 DODGE W40 TK RED Odom: 0<br>Vin: WW41LJ7S164329<br>SOLD FOR DON SIMPLOT<br>BDAS TAX #1138025 | 1 | 255 | | | 2600.00 |

√10    1975 WOODSMAN -- MH WHITE           1   107                    2050.00
       Odom: 0 Vin: 3754X4D0050
       SOLD FOR JR SIMPLOT CO
       BDAS TAX#113802S

√11    1984 TOYOTA RWD TK BURGNDY          1   149                    5000.00
       Odom: 0 Vin: JTR4N65S0E5034973
       SOLD FOR DON SIMPLOT
       BDAS TAX #113802S

√12    1969 VOLKSWAGON BUG 2D YELLOW       1   308                    1000.00
       Odom: 0 Vin: 1190480108
       SOLD FOR DON SIMPLOT
       BDAS TAX#113802S

√13    1995 FORD RANGER TK GRN             1   343                    2050.00
       Odom: 0 Vin: 1FTCR10A5SUB39764
       SOLD FOR DON SIMPLOT
       BDAS TAX#113802S

√14    1979 DODGE FORTIBUS TK WHITE        1   229                    1050.00
       Odom: 0 Vin: F44CK9V746327
       SOLD FOR DON SIMPLOT
       BDAS TAX#113802S

15     1969 JEEP COMMANDO LL RED           1   216                     500.00
√      Odom: 0 Vin: 8705F1752700
       SOLD DON SIMPLOT
       BDAS TAX #113802S

√16    1976 CHEV 4WD VN GREEN Odom: 0      1   155                     600.00
       Vin: CGL356U124805
       SOLD FOR DON J SIMPLOT
       BDAS TAX#113802S

(17)   1953 INTL R130 TK BROWN             1   235                     500.00
       Odom: 0 Vin: --
       SOLD FOR DON SIMPLOT
       BDAS TAX #113802S

(18)   1985 FORD RANGER TK BLUE            1   202                     185.00
       Odom: 0 Vin: 1FTCR11S6FUC30748
       SOLD FOR DON SIMPLOT
       BDAS TAX#113802S

√19    1979 INTL TK TK WHITE Odom: 0       1   136                   14000.00
       Vin: CF257JGB4054
       SOLD FOR DON J SIMPLOT
       BDAS TAX#113802S

(20)   1979 INTL DUMP TRK TK YELLOW        1   303                    4400.00
       Odom: 0 Vin: 757951G292920
       SOLD FOR DON SIMPLOT
       BDAS TAX#113802S

√21    1979 INTL TK TK RED Odom: 0         1   106                    4250.00
       Vin: E2327JGA24181
       SOLD FOR DON SIMPLOT

BDAS TAX#1138029

| | | | | | |
|---|---|---|---|---|---|
| 22 | 1967 CHEVY DUMP TK GREEN<br>Odom: 0 Vin: CS537Z111630<br>SOLD FOR DON SIMPLOT<br>BDAS TAX#1138029 | 1 | 216 | | 950.00 |
| 23 | simplot day 1 9/14/06 | 1 | 21 | | 0.00 |
| 24 | Simplot Day 1 9/14/06 | 1 | 21 | | 0.00 |
| 25 | adjustable ladder | 1 | 140 | | 110.00 |
| 26 | hvy duty vertical grinder/brsh | 1 | 187 | | 70.00 |
| 27 | pad sander | 1 | 216 | | 20.00 |
| 28 | c/invertor/trick-spd. chargers | 2 | 251 | 32.50 | 65.00 |
| 29 | c/invertor/trick-spd. chargers | 1 | 148 | | 32.50 |
| 30 | c/invertor/trick-spd. chargers | 1 | 179 | | 25.00 |
| 31 | c/Skil scroll saw/pad sander | 1 | 148 | | 22.50 |
| 32 | c/Skil scroll saw/pad sander | 1 | 222 | | 22.50 |
| 33 | Ryobi trimmer set | 1 | 224 | | 45.00 |
| 34 | knife-light sports set | 1 | 180 | | 7.50 |
| 35 | voltage meter,all cut | 1 | 224 | | 27.50 |
| 36 | Husky drive set | 1 | 192 | | 15.00 |
| 37 | table top wet saw | 1 | 180 | | 35.00 |
| 38 | adjustable ratchet straps... | 1 | 225 | | 12.50 |
| 39 | Ryobi plunge router | 1 | 180 | | 60.00 |
| 40 | router bits | 1 | 180 | | 20.00 |
| 41 | propane,lights,ext cord | 1 | 148 | | 17.50 |
| 42 | impact socket set | 1 | 225 | | 25.00 |
| 43 | impact 3/8 drive | 1 | 141 | | 10.00 |
| 44 | cold therapy system | 1 | 225 | | 10.00 |
| 45 | hydr. motorcycle jack | 1 | 244 | | 60.00 |
| 46 | Makita portable hot saw | 1 | 188 | | 100.00 |
| 47 | 12v wench | 1 | 130 | | 345.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID 83653
(208) 467-1712 or (208) 466-5447

"DON SIMPLOT DAY 1 AUCTION"                    Page:    4
Consignment Sales - Detail   Thu Sep 14 15:43:08 2006

Consignment: 1
Consignor:  DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 48 | sheep skin,hubcaps (4) | 1 | 201 | | | 12.50 |
| 49 | 12v troller | 1 | 201 | | | 25.00 |
| 50 | clay pigeon thrower | 1 | 239 | | | 12.50 |
| 51 | cross cut saw | 1 | 281 | | | 20.00 |
| 52 | c/folding table | 1 | 149 | | | 50.00 |
| 53 | c/folding table | 1 | 148 | | | 50.00 |
| 54 | pair gun cases | 1 | 179 | | | 17.50 |
| 55 | pair wheel barrel tires | 1 | 225 | | | 10.00 |
| 56 | ATV hard case rifle carriers | 2 | 150 | | 25.00 | 50.00 |
| 57 | trailer jack | 1 | 230 | | | 12.50 |
| 59 | charger | 1 | 31 | | | 30.00 |
| 60 | LT 215/85 R16 tires-4x | 4 | 251 | | 55.00 | 220.00 |
| 61 | Michelin tire | 1 | 262 | | | 30.00 |
| 62 | 215/85 16" studded tires-2x | 2 | 259 | | 17.50 | 35.00 |
| 63 | trailer-pickup matting | 1 | 238 | | | 45.00 |
| 64 | hydr. air driven platform | 1 | 133 | | | 900.00 |
| 65 | ATV - mule tires-2x | 2 | 170 | | 15.00 | 30.00 |
| 66 | ATV - mule tires-2x | 2 | 126 | | 10.00 | 20.00 |
| 67 | c/set motorcycle tire | 1 | 149 | | | 15.00 |
| 68 | industrial tire | 1 | 259 | | | 27.50 |
| 69 | tires & rims | 1 | 131 | | | 5.00 |
| 70 | set of tires | 1 | 164 | | | 35.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"DON SIMPLOT DAY 1 AUCTION"                          Page:    5
Consignment Sales - Detail   Thu Sep 14 15:43:08 2006

Consignment: 1
Consignor:  DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 71 | tire | 1 | 140 | | | 100.00 |
| 72 | 12 16 5 skidster tire | 1 | 164 | | | 50.00 |
| 73 | aluminum dog crate | 1 | 214 | | | 110.00 |
| 74 | cutting saddle | 1 | 151 | | | 675.00 |
| 75 | roping saddle | 1 | 211 | | | 225.00 |
| 76 | c/pet porters | 2 | 232 | | 45.00 | 90.00 |
| 77 | easy lift,crow bar | 1 | 131 | | | 55.00 |
| 78 | red cedar shingles | 1 | 180 | | | 425.00 |
| 79 | grp:wire | 1 | 216 | | | 80.00 |
| 80 | c/welder | 1 | 225 | | | 100.00 |
| 81 | c/welder | 1 | 216 | | | 40.00 |
| 82 | welder-generator | 1 | 106 | | | 2550.00 |
| 83 | acetlyne tank:# | 1 | 106 | | | 275.00 |
| 84 | 4x4 PUG | 1 | 164 | | | 950.00 |
| 85 | c/buggy | 2 | 150 | | 1000.00 | 2000.00 |
| 86 | c/buggy | 2 | 273 | | 1000.00 | 2000.00 |
| 87 | pair buggy's | 1 | 345 | | | 425.00 |
| 88 | Cushman track star | 1 | 325 | | | 800.00 |
| 89 | ATV hydraulic wagon | 1 | 243 | | | 825.00 |
| 90 | ATV aluminum wagon | 1 | 308 | | | 1350.00 |
| 91 | convertable trailer | 1 | 274 | | | 575.00 |
| 92 | wagon w/removable sides | 1 | 179 | | | 225.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"DON SIMPLOT DAY 1 AUCTION"                               Page:    6
Consignment Sales - Detail   Thu Sep 14 15:43:08 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 93 | Zeiman trailer | 1 | 273 | | | 750.00 |
| 94 | aluminum boat | 1 | 318 | | | 275.00 |
| 95 | double stacking trailer | 1 | 107 | | | 3800.00 |
| 96 | tilt trailer | 1 | 228 | | | 1000.00 |
| 97 | horse trailer | 1 | 243 | | | 925.00 |
| 98 | c/Super Star clay throwers | 1 | 155 | | | 1700.00 |
| 99 | c/Super Star clay throwers | 1 | 125 | | | 1650.00 |
| 100 | c/Super Star clay throwers | 2 | 290 | | 1400.00 | 2800.00 |
| 101 | c/Super Star clay throwers | 2 | 155 | | 1150.00 | 2300.00 |
| 102 | rabbit thrower | 1 | 125 | | | 1200.00 |
| 103 | quail thrower | 1 | 115 | | | 1100.00 |
| 104 | c/house | 1 | 115 | | | 300.00 |
| 105 | c/house | 1 | 345 | | | 275.00 |
| 106 | c/house | 3 | 155 | | 275.00 | 825.00 |
| 107 | c/house | 1 | 355 | | | 275.00 |
| 108 | c/house | 2 | 125 | | 275.00 | 550.00 |
| 109 | rdup:shooting stands | 1 | 155 | | | 50.00 |
| 110 | 4 bxs:shooting accessories | 1 | 155 | | | 27.50 |
| 111 | pair shooting stands | 1 | 155 | | | 10.00 |
| 112 | c/benches | 2 | 155 | | 20.00 | 40.00 |
| 113 | c/row:clay pigeons | 1 | 292 | | | 50.00 |
| 114 | 2 rows:clay pigeons | 1 | 375 | | | 35.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"DON SIMPLOT DAY 1 AUCTION"                           Page:   7
Consignment Sales - Detail    Thu Sep 14 15:43:08 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 115 | c/6" gated pipe | 23 | 138 | | 35.00 | 805.00 |
| 116 | c/8" gated pipe | 77 | 140 | | 45.00 | 3465.00 |
| 117 | poly pipe | 1 | 146 | | | 50.00 |
| 118 | solar driven connector | 1 | 229 | | | 45.00 |
| 119 | c/aluminum 6" pipe | 10 | 202 | | 15.00 | 150.00 |
| 120 | "t" & pipe accessories | 1 | 202 | | | 10.00 |
| 121 | c/2" hand line sticks | 24 | 203 | | 17.50 | 420.00 |
| 122 | c/2" hand line sticks | 28 | 203 | | 20.00 | 560.00 |
| 123 | flat bed trailer-46' | 1 | 357 | | | 900.00 |
| 124 | c/rear attachment unit/blades | 1 | 125 | | | 550.00 |
| 125 | c/rear attachment unit/blades | 1 | 104 | | | 450.00 |
| 126 | c/rear attachment unit/blades | 1 | 217 | | | 450.00 |
| 127 | c/rear attachment unit/blades | 1 | 285 | | | 325.00 |
| 128 | fuel tank | 1 | 218 | | | 550.00 |
| 129 | Farm King brush mower | 1 | 304 | | | 800.00 |
| 130 | 90" field conditioner-mower? | 1 | 103 | | | 1200.00 |
| 131 | hydraulic tree spade | 1 | 306 | | | 4400.00 |
| 132 | John Deere road-a-hoe | 1 | 267 | | | 200.00 |
| 133 | double drum compactor | 1 | 314 | | | 300.00 |
| 134 | 3 pt ditcher | 1 | 331 | | | 80.00 |
| 135 | 9' mower | 1 | 104 | | | 1000.00 |
| 136 | Alamo mower | 1 | 106 | | | 1550.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"DON SIMPLOT DAY 1 AUCTION"                    Page:    8
Consignment Sales - Detail  Thu Sep 14 15:43:08 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 137 | 3 pt broadcaster | 1 | 130 | | | 195.00 |
| 138 | John Deere land plain | 1 | 187 | | | 850.00 |
| 139 | 18 ft Ace ground hog | 1 | 156 | | | 8000.00 |
| 140 | John Deere disc | 1 | 186 | | | 9500.00 |
| 141 | John Deere 8630 tractor | 1 | 255 | | | 15500.00 |
| 142 | 1989 Case 8840 tractor | 1 | 149 | | | 23000.00 |
| 143 | 1984 John Deere 1650 tractor | 1 | 220 | | | 7500.00 |
| 144 | 3 pt gopher injector system | 1 | 201 | | | 120.00 |
| 145 | B2150 Kiboto tractor | 1 | 164 | | | 4000.00 |
| 146 | 3 pt rear tiller 59" | 1 | 179 | | | 875.00 |
| 147 | fuel tank w/hand pump | 1 | 218 | | | 145.00 |
| 148 | 9' steel bed | 1 | 108 | | | 700.00 |
| 149 | truck side box | 1 | 145 | | | 60.00 |
| 150 | canopy box-service mans | 1 | 351 | | | 300.00 |
| 151 | pipe trailer | 1 | 358 | | | 550.00 |
| 152 | John Deere B tractor-restored | 1 | 225 | | | 2500.00 |
| 153 | Caterpillar 2 ton | 1 | 107 | | | 5100.00 |
| 154 | Honda 3000 generator | 1 | 99 | | | 425.00 |
| 155 | Vanguard rototiller | 1 | 220 | | | 1200.00 |
| 156 | Poulan Pro tiller 8hp | 1 | 201 | | | 275.00 |
| 157 | wheel barrel | 1 | 326 | | | 25.00 |
| 158 | Ryan lawn aerator | 1 | 145 | | | 130.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"DON SIMPLOT DAY 1 AUCTION"                    Page:   9
Consignment Sales - Detail   Thu Sep 14 15:43:08 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 159 | red mower | 1 | 115 | | | 550.00 |
| 160 | green mower | 1 | 220 | | | 550.00 |
| 161 | c/mower | 2 | 105 | | 275.00 | 550.00 |
| 162 | New Holland Super Boom w/bucke | 1 | 331 | | | 17500.00 |
| 163 | forks & bar | 1 | 140 | | | 500.00 |
| 164 | John Deere 510B back hoe | 1 | 106 | | | 14500.00 |
| 165 | hang-on hooks | 1 | 220 | | | 175.00 |
| 166 | Hitachi excavator EX120 | 1 | 117 | | | 29000.00 |
| 167 | hydraulic clams | 1 | 117 | | | 8000.00 |
| 168 | bucket | 1 | 285 | | | 50.00 |
| 169 | John Deere F-1500 road grader | 1 | 106 | | | 5750.00 |
| 170 | John Deere 544B loader | 1 | 331 | | | 12000.00 |
| 171 | c/chair-ottomans | 2 | 107 | | 20.00 | 40.00 |
| 172 | bed frame | 1 | 107 | | | 12.50 |
| 173 | c/item:fruit/lamps | 2 | 202 | | 5.00 | 10.00 |
| 174 | rdup:table,chair,misc furnitre | 1 | 107 | | | 20.00 |
| 175 | picture:wolves | 1 | 141 | | | 55.00 |
| 176 | table & five green chairs | 1 | 107 | | | 35.00 |
| 177 | full size mattress | 1 | 170 | | | 65.00 |
| 178 | Redland art | 1 | 141 | | | 210.00 |
| 179 | pair lamps | 1 | 107 | | | 22.50 |
| 180 | chair-ottoman-2x | 2 | 107 | | 15.00 | 30.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"DON SIMPLOT DAY 1 AUCTION"                       Page:   10
Consignment Sales - Detail   Thu Sep 14 15:43:08 2006

Consignment: 1
Consignor:  DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 181 | 3 tables | 1 | 107 | | | 5.00 |
| 182 | 3 chairs | 1 | 202 | | | 10.00 |

Total for this Consignment        290057.50

0.0 % Rate
LESS: Commissions                            0.00
                                             0.00

Total Auction Charges                    0.00

Net Amount                           290057.50

*O = need title*

Bill Dowpes Auction Service, Inc.
P. O. Box 28x x1428 3974 E. Greenland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                    Page:    1
Consignment Sales - Detail   Wed Sep 16 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT
BOISE, ID
  870-3018

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 3 | 1:5' glazed Terracotta Urn | 1 | 283 | | | 120.00 |
| 4 | 2:c/concrete planters | 2 | 135 | | 80.00 | 160.00 |
| 5 | 3:4' concrete planter | 1 | 1135 | | | 150.00 |
| 6 | 4:c/concrete square planters | 1 | 1124 | | | 115.00 |
| 7 | 4:c/concrete square planters | 1 | 139 | | | 90.00 |
| 8 | 5:3' terracotta planter w/tree | 1 | 288 | | | 150.00 |
| 9 | 5a:concrete planter | 1 | 600 | | | 100.00 |
| 10 | 5b:c/PVC planters | 5 | 294 | | 30.00 | 150.00 |
| 11 | 5b:c/PVC planters | 5 | 316 | | 30.00 | 150.00 |
| 12 | 5c:ornate concrete planters-2x | 2 | 270 | | 200.00 | 400.00 |
| 13 | 5d:c/large boulders | 2 | 111 | | 70.00 | 140.00 |
| 14 | 5d:c/large boulders | 4 | 103 | | 70.00 | 280.00 |
| 15 | 6:c/metal deer candle holders | 2 | 139 | | 95.00 | 190.00 |
| 16 | 6:c/metal deer candle holders | 2 | 199 | | 95.00 | 190.00 |
| 17 | 7:24" glazed planter | 1 | 270 | | | 65.00 |
| 18 | 8:large Lion statue | 1 | 199 | | | 425.00 |
| 19 | 8a:large Lion statue | 1 | 199 | | | 425.00 |
| 20 | 9:4' concrete bench w/lions | 1 | 1143 | | | 335.00 |
| 21 | 10:Sunbeam BBQ grill | 1 | 270 | | | 140.00 |
| 22 | 11:c/rod iron frmd bar stools | 8 | 128 | | 60.00 | 480.00 |
| 23 | 12:14 pc commercial cookware | 1 | 199 | | | 500.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                    Page:    2
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 24 | 13:20" skillet | 1 | 324 | | | 110.00 |
| 25 | 14:white porcelain dnrwr/cups | 1 | 293 | | | 65.00 |
| 26 | 15:Krups dual coffee maker | 1 | 223 | | | 100.00 |
| 27 | 16:Sony 13" color TV & audio | 1 | 200 | | | 250.00 |
| 28 | 17:Toshiba 32" color TV | 1 | 200 | | | 260.00 |
| 29 | 18:patio kitchen drwrs & cabnt | 1 | 303 | | | 90.00 |
| 30 | 19:pair brown drctr chairs-2x | 2 | 303 | | 40.00 | 80.00 |
| 31 | 20:pair white drctr chairs-2x | 2 | 301 | | 50.00 | 100.00 |
| 32 | 21:club chairs-3x | 3 | 184 | | 140.00 | 420.00 |
| 33 | 22:Town & Country Rotisserie | 1 | 199 | | | 200.00 |
| 34 | 23:stainless wine chiller | 1 | 199 | | | 80.00 |
| 35 | 24:Wind Chaser fan | 1 | 209 | | | 30.00 |
| 36 | 25:3 section metal bird cage | 1 | 200 | | | 275.00 |
| 37 | 26:leather tucked office chair | 1 | 164 | | | 750.00 |
| 38 | 27:Panasonic video recorder | 1 | 200 | | | 35.00 |
| 39 | 28:HP Apollo prntr-Canon fax | 1 | 322 | | | 60.00 |
| 40 | 29:3x4 wool rug | 1 | 1123 | | | 170.00 |
| 41 | 30:Himalayan 5x8 wool rug | 1 | 184 | | | 525.00 |
| 42 | 30a:Himalayan 3x8 wool rug | 1 | 184 | | | 525.00 |
| 43 | 31:brass bridge over sofa lamp | 1 | 184 | | | 100.00 |
| 44 | 32:4' diamond tucked ottoman | 1 | 115 | | | 575.00 |
| 45 | 32a:round leather inlaid table | 1 | 184 | | | 1175.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                    Page:    3
Consignment Sales - Detail  Wed Sep 20 16:57:28 2006
Consignment: 1
Consignor:  DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|---|---|---|---|---|---|---|
| 46 | 33:c/group of books | 1 | 139 | | | 40.00 |
| 47 | 34:c/group of books | 1 | 186 | | | 55.00 |
| 48 | 35:c/group of books | 1 | 139 | | | 40.00 |
| 49 | 36:c/group of books | 1 | 303 | | | 40.00 |
| 50 | 37:c/group of books | 1 | 303 | | | 40.00 |
| 51 | 38:c/group of books | 1 | 303 | | | 40.00 |
| 52 | 39:c/group of books | 1 | 25 | | | 100.00 |
| 53 | 40:c/group of books | 1 | 192 | | | 40.00 |
| 54 | 43:c/group of books | 1 | 303 | | | 40.00 |
| 55 | 44:brass ship bookends | 1 | 199 | | | 120.00 |
| 56 | 45:c/group of books | 1 | 197 | | | 55.00 |
| 57 | 46:Spain book | 1 | 250 | | | 150.00 |
| 58 | 47:c/group of books | 1 | 303 | | | 35.00 |
| 59 | 48:c/group of books | 1 | 200 | | | 55.00 |
| 60 | 49:c/group of books | 1 | 200 | | | 55.00 |
| 61 | 50:group in garage | 1 | 200 | | | 70.00 |
| 62 | 51:c/group of books | 1 | 303 | | | 35.00 |
| 63 | 51a:c/group of books | 1 | 303 | | | 35.00 |
| 64 | 216:jogger-stroller | 1 | 166 | | | 35.00 |
| 65 | 41:EZ rider | 1 | 349 | | | 40.00 |
| 66 | 42:peddle car | 1 | 340 | | | 40.00 |
| 67 | 52:deco flute player statue | 1 | 192 | | | 400.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                                   Page:    4
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 68 | 53:Carver tuner,amp & selector | 1 | 275 | | | 260.00 |
| 69 | 54:Marsh Herring bird art | 1 | 1149 | | | 475.00 |
| 70 | 55:3' pair Ivory elephant tusks | 1 | 222 | | | 3300.00 |
| 71 | 56:7' massive wood cabinet | 1 | 139 | | | 1200.00 |
| 72 | 56:5' massive wood cabinet | 1 | 139 | | | 1200.00 |
| 73 | 57:11'South din table w/bnches | 1 | 119 | | | 3200.00 |
| 74 | 57:11'North din table w/bnches | 1 | 137 | | | 3200.00 |
| 75 | 58:6' antique entry wall bench | 1 | 239 | | | 1000.00 |
| 76 | 58a:left handed golf clubs-10x | 10 | 1122 | | 60.00 | 600.00 |
| 77 | 58b:right hand golf clubs-2x | 2 | 1122 | | 90.00 | 180.00 |
| 78 | 59:Maytag washer & dryer-2x | 2 | 372 | | 600.00 | 1200.00 |
| 79 | 60:Hoover upholstery vaccuum | 1 | 303 | | | 60.00 |
| 80 | 61:silver chaffing server | 1 | 325 | | | 80.00 |
| 81 | 62:fruit decor basket | 1 | 200 | | | 45.00 |
| 82 | 63:porc srvr-4 handptd plates | 1 | 192 | | | 120.00 |
| 83 | 64:silver plated serving set | 1 | 199 | | | 55.00 |
| 84 | 65:counter top pie safe | 1 | 166 | | | 115.00 |
| 85 | 65a:grill,china,silver,knives | 1 | 303 | | | 70.00 |
| 86 | 66:Frbrware-All Clad cookware | 1 | 199 | | | 375.00 |
| 87 | 67:NW kitchen cabinets-items | 1 | 303 | | | 175.00 |
| 88 | 68:Weiden Bavaria china set | 1 | 398 | | | 250.00 |
| 89 | 69:SW kitchen cabinets-items | 1 | 1001 | | | 500.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                         Page:    5
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 90 | 70:white washed barstools-2x | 2 | 142 | | 80.00 | 160.00 |
| 91 | 71:large green decor bowl | 1 | 223 | | | 45.00 |
| 92 | 72:5'pine handpainted buffet | 1 | 184 | | | 1050.00 |
| 93 | 73:Fruit signed oil painting | 1 | 115 | | | 825.00 |
| 94 | 73a:4x6 Tibetan "Fat Cat" rug | 1 | 137 | | | 400.00 |
| 95 | 74:c/Ralph Lauren lethr chairs | 3 | 168 | | 290.00 | 870.00 |
| 96 | 75:Ralph Lauren oval table | 1 | 166 | | | 285.00 |
| 97 | 76:9x12 Mahindra 100% wool rug | 1 | 296 | | | 1000.00 |
| 98 | 77:Ralph Lauren coffee table | 1 | 164 | | | 1000.00 |
| 99 | 78:Ralph Lauren leather sofa | 1 | 164 | | | 2000.00 |
| 101 | 79:27" Panasonic TV & VCR | 1 | 343 | | | 285.00 |
| 102 | 80:books in seating room | 1 | 303 | | | 95.00 |
| 103 | 80a:pair 5'handpainted oil art | 1 | 236 | | | 850.00 |
| 104 | 81:Lee "Salmon Fishing" canvas | 1 | 199 | | | 10000.00 |
| 106 | 83:9x12.5 Legends Azeri rug | 1 | 296 | | | 1800.00 |
| 107 | 84:Louis Gabr 62x28 oil canvas | 1 | 199 | | | 15250.00 |
| 108 | 85:3x8 100% wool runner | 1 | 1001 | | | 300.00 |
| 109 | 86:5x8 Indo hand knotted rug | 1 | 418 | | | 625.00 |
| 111 | 88:cast fireplace shield | 1 | 1122 | | | 300.00 |
| 112 | 89-a:Baker Furn-hdbrd & dressr | 1 | 292 | | | 525.00 |
| 113 | 90:2 oak entmmnt centers 91x36 | 1 | 200 | | | 330.00 |
| 114 | 91:3 section flower prints | 1 | 384 | | | 265.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                    Page:    6
Consignment Sales - Detail  Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 115 | 92:19"Toshiba TV | 1 | 286 | | | 160.00 |
| 116 | 93:"Roses" framed print | 1 | 384 | | | 235.00 |
| 117 | 94:master bath-towel hldr,acc. | 1 | 200 | | | 55.00 |
| 118 | 94a:mstrbath 100% wool 3x5 rug | 1 | 303 | | | 195.00 |
| 119 | 95:R Joseph signed bird art | 1 | 193 | | | 1100.00 |
| 120 | 96:R Joseph "Whale & Calf" | 1 | 236 | | | 625.00 |
| 121 | 97:Ducks Unlmtd-W Veasey decoy | 1 | 278 | | | 155.00 |
| 122 | 98:Carver amp-master bedroom.. | 1 | 200 | | | 90.00 |
| 123 | 99:1962 Packers-player signed | 1 | 112 | | | 1100.00 |
| 124 | 100:"Iris" framed print | 1 | 184 | | | 300.00 |
| 125 | 101:1950's oak hat tree | 1 | 112 | | | 120.00 |
| 126 | 102:Louis Vuitton bkpak/duffle | 1 | 130 | | | 130.00 |
| 127 | 103:100 troy oz Sunshine silvr | 1 | 318 | | | 1500.00 |
| 128 | 104:"Aster" flower print-3 sec | 1 | 384 | | | 320.00 |
| 129 | 105:hndcarved ironwood dolphin | 1 | 111 | | | 650.00 |
| 130 | 105a:ironwood sea otter | 1 | 283 | | | 135.00 |
| 131 | 105b:ironwood whale | 1 | 238 | | | 135.00 |
| 132 | 105c:ironwood pelican | 1 | 238 | | | 85.00 |
| 133 | 105d:ironwood sea lion | 1 | 202 | | | 135.00 |
| 134 | 105e:ironwood dolphin | 1 | 238 | | | 135.00 |
| 135 | 105f:ironwood whale | 1 | 238 | | | 85.00 |
| 136 | 105g:Ducks Unlimited-4 ducks | 1 | 353 | | | 160.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                    Page:    7
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006
Consignment: 1
Consignor:  DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 137 | 105h:pair carved wood rabbits | 1 | 383 | | | 90.00 |
| 138 | 105i:ironwood roadrunner | 1 | 238 | | | 85.00 |
| 139 | 105j:ironwood eagle | 1 | 111 | | | 135.00 |
| 140 | 106:R Joseph Dolphins & lady | 1 | 143 | | | 4200.00 |
| 141 | 107:"Suspended Artifact"Morris | 1 | 1021 | | | 16500.00 |
| 142 | 108:Bush Buck | 1 | 184 | | | 300.00 |
| 143 | 109:Cape Buffalo | 1 | 184 | | | 1100.00 |
| 144 | 110:Hartebeest | 1 | 184 | | | 300.00 |
| 145 | 111:Mountain Goat | 1 | 303 | | | 400.00 |
| 146 | 112:Water Buck | 1 | 184 | | | 325.00 |
| 147 | 113:Eland | 1 | 184 | | | 300.00 |
| 148 | 114:Sable | 1 | 184 | | | 1100.00 |
| 149 | 115:R Joseph fighting Eagles | 1 | 156 | | | 3400.00 |
| 150 | 116:Elephant w/glass top table | 1 | 324 | | | 2200.00 |
| 150A | 2004 SUZUKI DR400 MC YLW/WHITE Odom: 0 Vin: JS1DKR33942101637 SOLD FOR DON SIMPLOT BDAS TAX#118302S | 1 | 170 | | | 2950.00 |
| 150B | 1990 KAWASAKI TENGAI 650 MC BLU/WHITE Odom: 0 Vin: JKAKLEB13LA004166 SOLD FOR DON SIMPLOT BDAS TAX #113802S | 1 | 1045 | | | 1500.00 |
| 150C | 1984 HARLEY DAVID SOFTTAIL MC -- Odom: 0 Vin: -- SOLD FOR DON SIMPLOT BDAS TAX #113802S | 1 | 173 | | | 6700.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                              Page:    8
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 150G | 1914 FORD MODEL T - BLACK<br>Odom: 0 Vin: 539341<br>SOLD FOR DON SIMPLOT<br>BDAS TAX #1138O2S | 1 | 269 | | | 14000.00 |
| 150H | 1934 AUBURN 850Y 4DR GREY<br>Odom: 0 Vin: 1195<br>SOLD FOR DON SIMPLOT<br>BDAS TAX #1138O2S | 1 | 458 | | | 8750.00 |
| 150I | 1946 FORD CONVERTIBLE 2DR BLUE<br>Odom: 0 Vin: 99A1277775<br>SOLD FOR DON SIMPLOT<br>BDAS TAX#1138O2S | 1 | 136 | | | 43000.00 |
| 150J | 1995 FLEETWOOD AMER EAGLE MH<br>BLUE/WHITE Odom: 62514<br>Vin: 4S7MT9K04RC016108<br>SOLD FOR DON SIMPLOT<br>BDAS TAX#1138O2S | 1 | 207 | | | 53000.00 |
| 151 | 117:Vintner cork screw | 1 | 200 | | | 175.00 |
| 152 | 118:Leatherman 6pc sectional | 1 | 258 | | | 4200.00 |
| 153 | 119:2 pc white oak table set | 1 | 142 | | | 375.00 |
| 154 | 120:hammered decor silver bowl | 1 | 435 | | | 325.00 |
| 155 | 121:D Sheperd,Elephant print | 1 | 155 | | | 800.00 |
| 156 | 122:D Sheperd,Cape Buffalo prt | 1 | 1001 | | | 600.00 |
| 157 | 123:D Sheperd,Leopard print | 1 | 1001 | | | 325.00 |
| 158 | 124:D Sheperd,Elephant Heaven | 1 | 1001 | | | 700.00 |
| 159 | 125:D Sheperd,3 Elephants prnt | 1 | 1001 | | | 425.00 |
| 160 | 126:D Sheperd,Lion print | 1 | 184 | | | 300.00 |
| 161 | 127:D Sheperd,Rhino print | 1 | 184 | | | 425.00 |
| 162 | 128:ProForm cardio health ridr | 1 | 313 | | | 90.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                      Page:      9
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 163 | 129:ProForm 725TK treadmill | 1 | 350 | | | 300.00 |
| 164 | 130:Schwinn Airdyne | 1 | 193 | | | 220.00 |
| 165 | 131:Hang up F5000/thigh trainr | 1 | 193 | | | 210.00 |
| 166 | 132:queen bed-black lacquered | 1 | 343 | | | 900.00 |
| 167 | 133:black lacquer entrnmnt ctr | 1 | 343 | | | 475.00 |
| 168 | 134:black lacquer 6 drwr dresr | 1 | 343 | | | 475.00 |
| 169 | 135:black lacquer rattan bench | 1 | 211 | | | 90.00 |
| 170 | 136:brass lamp stand | 1 | 296 | | | 145.00 |
| 171 | 137:brass & marble lamp stand | 1 | 383 | | | 60.00 |
| 172 | 138:Zebra stool,dispnsr,mirror | 1 | 184 | | | 200.00 |
| 173 | 139:silver serving,candelabra | 1 | 315 | | | 315.00 |
| 174 | 140:contents-1st bay-white cab | 1 | 284 | | | 20.00 |
| 175 | 141:brass reading lamp | 1 | 303 | | | 110.00 |
| 176 | 142:hand carved elephant 12" | 1 | 1001 | | | 220.00 |
| 177 | 143:country rnd table w/chairs | 1 | 223 | | | 850.00 |
| 178 | 144:white bar stools-2x | 2 | 402 | | 17.50 | 35.00 |
| 179 | 145:blue swivel rocker/ottoman | 1 | 223 | | | 275.00 |
| 180 | 146:Venture Coy oil canvas | 1 | 1001 | | | 450.00 |
| 181 | 147:24" concrete planters-2x | 2 | 427 | | 100.00 | 200.00 |
| 182 | 148:wicker patio rockers-2x | 2 | 180 | | 200.00 | 400.00 |
| 183 | 148a:Garcia silver bit-signed | 1 | 384 | | | 750.00 |
| 184 | 148b:Browning Sierra fire safe | 1 | 207 | | | 850.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                    Page:    10
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 185 | 149:full size trampoline | 1 | 359 | | | 200.00 |
| 186 | 149a:Fitgerald $.25 slot machn | 1 | 173 | | | 1150.00 |
| 187 | 149b:Mills $.10 slot machine | 1 | 398 | | | 1400.00 |
| 188 | 150:4' copper decor horse | 1 | 184 | | | 500.00 |
| 189 | 150d:16' Hobie sail boat | 1 | 200 | | | 1350.00 |
| 190 | 150e:Go-Kart w/5hp Briggs | 1 | 111 | | | 825.00 |
| 191 | 150f:Cadillac golf cart | 1 | 168 | | | 5100.00 |
| 192 | 150f1:Yamaha golf cart | 1 | 359 | | | 1200.00 |
| 193 | 150f2:Yamaha golf cart | 1 | 359 | | | 1200.00 |
| 194 | 150f3:Yamaha golf cart | 1 | 277 | | | 1200.00 |
| 195 | 150f4:Yamaha golf cart | 1 | 231 | | | 1350.00 |
| 196 | 150f5:Yamaha golf cart | 1 | 359 | | | 2000.00 |
| 197 | 150k:1975 Piper Cub airplane | 1 | 339 | | | 73000.00 |
| 198 | 150l:Steinway & Sons piano | 1 | 283 | | | 34000.00 |
| 199 | 151:4' concrete lionhead bench | 1 | 173 | | | 625.00 |
| 200 | 152:marble top wall table | 1 | 143 | | | 400.00 |
| 201 | 153:glazed planters-2x | 2 | 303 | | 55.00 | 110.00 |
| 202 | 154:Pro Team vac/Oreck vac | 1 | 1140 | | | 270.00 |
| 203 | 155:19" Toshiba TV | 1 | 200 | | | 110.00 |
| 204 | 156:DVD/VCR/Pioneer/Carver.... | 1 | 193 | | | 2300.00 |
| 205 | 157:Uniden cordless phones | 1 | 111 | | | 105.00 |
| 206 | 158:37 pc's Lenox stemware | 1 | 315 | | | 275.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                      Page:  11
Consignment Sales - Detail  Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:   DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 207 | 159:carved wood giraffes-4x | 1 | 137 | | | 400.00 |
| 208 | 160:antique carousel horse | 1 | 184 | | | 2400.00 |
| 209 | 161:walnut coffee table | 1 | 200 | | | 1700.00 |
| 210 | 162:Vanguard sofa/love seat | 2 | 200 | | 1300.00 | 2600.00 |
| 211 | 163:brass elephant w/stand | 1 | 184 | | | 365.00 |
| 212 | 164:black lacquer round table | 1 | 142 | | | 360.00 |
| 213 | 165:Zebra hide | 1 | 184 | | | 600.00 |
| 214 | 82: 8 chairs | 8 | 384 | | 140.00 | 1120.00 |
| 215 | 217:cat w/12 foot blade | 1 | 601 | | | 1250.00 |
| 216 | 166: Money | 1 | 173 | | | 55.00 |
| 217 | 167:miniature world globe | 1 | 397 | | | 85.00 |
| 218 | 218: hoover steam vac | 1 | 176 | | | 100.00 |
| 219 | 168: Children's outdoor toys | 1 | 151 | | | 50.00 |
| 220 | 169:6' white bird cage | 1 | 304 | | | 155.00 |
| 221 | 170: 2' white run | 1 | 303 | | | 80.00 |
| 222 | 171:3' white run | 1 | 303 | | | 80.00 |
| 223 | 172:2' green glazed run | 1 | 137 | | | 105.00 |
| 224 | 173:white goat hide | 1 | 173 | | | 290.00 |
| 225 | 174: 2 tanned african hides | 1 | 303 | | | 465.00 |
| 226 | 175:6'x9' silk area rug | 1 | 324 | | | 1150.00 |
| 227 | 176:silver cups &striped | 1 | 184 | | | 400.00 |
| 228 | 177:laFevre .410 single shotgu | 1 | 199 | | | 325.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID  83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                    Page:   12
Consignment Sales - Detail  Wed Sep 20 16:57:28 2006
Consignment: 1
Consignor:  DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|------------|-------|
| 229 | 178:crossman BB gun | 1 | 409 | | | 30.00 |
| 230 | 179:Diana Pellet rifle w/scope | 1 | 199 | | | 300.00 |
| 231 | 180:misc ammo | 1 | 303 | | | 70.00 |
| 232 | 181:helmet | 1 | 323 | | | 15.00 |
| 233 | 182:high country bow/quiver | 1 | 200 | | | 315.00 |
| 234 | 183:coca-cola dispenser | 1 | 218 | | | 450.00 |
| 235 | 184:contents of china hutch | 1 | 409 | | | 225.00 |
| 236 | 185:white wash cabinet | 1 | 303 | | | 240.00 |
| 237 | 186:white wash corner cabinet | 1 | 184 | | | 190.00 |
| 238 | 187:portable CD player | 1 | 173 | | | 35.00 |
| 239 | 188:harley display | 1 | 173 | | | 185.00 |
| 240 | 189:white washed double china | 1 | 427 | | | 650.00 |
| 241 | 190:8 pallets of rough stone | 8 | 600 | | 400.00 | 3200.00 |
| 242 | 191: concrete paver blocks | 1 | 600 | | | 235.00 |
| 243 | 192: pallets of tan/red stone | 1 | 600 | | | 1600.00 |
| 244 | 219: half circle step (2) | 1 | 600 | | | 320.00 |
| 245 | 193:dark grey slate | 1 | 600 | | | 3600.00 |
| 246 | 194:1000's plastic planters | 1 | 601 | | | 30.00 |
| 247 | 195 light grey slate | 1 | 600 | | | 3300.00 |
| 248 | 196:light grey slate | 1 | 111 | | | 3800.00 |
| 249 | 220: fly pole | 1 | 435 | | | 155.00 |
| 250 | 197:12 pallets of sandstone | 1 | 600 | | | 3600.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID 83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                              Page:   13
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:  DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 251 | 198: contents in garge cabinet | 1 | 9 | | | 65.00 |
| 252 | 199:skutt mdl. 181 elect. kiln | 1 | 435 | | | 315.00 |
| 253 | 200: 181 white folding chairs | 181 | 427 | | 7.50 | 1357.50 |
| 254 | 201 round tables 6' | 30 | 103 | | 26.00 | 780.00 |
| 255 | 205 tent 1 20x20 | 1 | 148 | | | 1100.00 |
| 256 | 206 tent 2 20x20 | 1 | 148 | | | 1100.00 |
| 257 | 207 tent 3 20x20 | 1 | 148 | | | 1100.00 |
| 258 | 204 10 barstools | 10 | 303 | | 8.00 | 80.00 |
| 259 | 208 tent 1 10x10 | 1 | 148 | | | 460.00 |
| 260 | 209 tent 2 10x10 | 1 | 148 | | | 460.00 |
| 261 | 210 tent 3 10x10 | 1 | 148 | | | 460.00 |
| 262 | 211 table w/chairs | 1 | 111 | | | 1250.00 |
| 263 | 212 table w/chairs | 1 | 327 | | | 1250.00 |
| 264 | 213 coolers | 1 | 303 | | | 100.00 |
| 265 | 213 coolers | 2 | 435 | | 100.00 | 200.00 |
| 266 | 221 unbrellas w/stands | 1 | 103 | | | 50.00 |
| 267 | 202 contents of party trailer | 1 | 148 | | | 650.00 |
| 268 | 203 42' box van trailer | 1 | 148 | | | 3000.00 |
| 269 | 214 pvc benches | 5 | 111 | | 15.00 | 75.00 |
| 270 | 214 pvc benches | 5 | 35 | | 15.00 | 75.00 |
| 271 | 215 cleveland golf clubs | 1 | 435 | | | 185.00 |
| 272 | 222 snow sleds (2) | 1 | 435 | | | 75.00 |

Bill Downs Auction Service, Inc.
P.O. Box 428, 137 Midland
Nampa, ID 83653
(208) 467-1712 or (208) 466-5447

"SIMPLOT DAY 2 ESTATE AUCTION"                    Page:    14
Consignment Sales - Detail   Wed Sep 20 16:57:28 2006

Consignment: 1
Consignor:  DON SIMPLOT

| Lot# | Description | Quan | Bid# | Comm. | Unit Price | Price |
|------|-------------|------|------|-------|-----------|-------|
| 273 | 223 ladder 5' | 1 | 435 | | | 10.00 |
| 274 | rocker recliner | 1 | 149 | | | 20.00 |

Total for this Consignment          432007.50

0.0 % Rate
LESS: Commissions                    0.00
                                     0.00

Total Auction Charges                0.00

Net Amount                          432007.50

APPENDIX "J"
DEBTOR'S SUMMARY OF CLAIMS

# Don Simplot Debts Scheduled vs. claimed.

The following is a list of claims filed by the bar date vs. the amounts scheduled by Debtor. Based on some of the claims received, the Debtor has updated the liabilities reported. Some of the claims are disputed and thus Debtor's records have not been updated to reflect the disputed debts. At time Debtor filed original schedules Debtor was not completely aware of exact amount of many debts that had been incurred. Based on the continued analysis of the claims filed, Debtor is attempting to update his records to reflect new information being received by him that is not disputed.

| Creditor | Scheduled Amt | Claim filed | Claim no. | Comments |
|---|---|---|---|---|
| Aequitas Capital | $10,300.84 | $10,330.84 | 2 | Claim Disputed-should be withdrawn |
| American Marine Bank | $973,958.00 | $1,007,247.26 | 10 | Additional amount in claim may be interest |
| American West Bank | $6,376,367.00 | $920,661.48 | 27 | See claim 27 and 28 |
| | | $4,129,229.66 | 28 | Liability reduced due to sale of stock after bankruptcy case was filed |
| April Simplot | $2,088.99 | | | Scheduled as undisputed |
| Childers Family | $0.00 | $68,000.00 | 23 | Not scheduled by Debtor; creditor has produced a written agreement |
| Citicapital | $4,410,447.84 | $4,692,718.28 | 22 | Secured by EEX Explorer Boat, which has been sold claim should reduce |
| Citicorp USA | $5,000,000.00 | $5,124,364.00 | 18 | Debt in claim is overstated as has interest after 1/4/06 |
| Columbia Bank | $410,391.59 | $410,471.05 | 5 | |
| DJS Properties, LP | $0.00 | $14,000,000.00 | 24 | Not scheduled by Debtor-Key. Bank Banner Bank offsets, debt disputed |
| Doug Toms | $0.00 | $3,500,000.00 | | Debt disputed |
| Foundation Bank | $0.00 | $4,729,938.11 | 19 | secured by Coastal Hotel Group assets, portion of debt may be reduced |
| Frontier Bank | $10,000,000.00 | $2,033,229.70 | | Secured by Columbia Queen Ship; Debt originally erroneously |
| | | $2,982,383.63 | | included Marad liability and claim more accurately reflects liability |
| | | $1,000,000.00 | | Contingent guaranty-no advances made that are known to Debtor-disputed |
| Key Bank | $1,500,000.00 | $1,560,781.29 | 20 | DJS Properties, LP guaranteed; dispute interest after 1/4/06 |
| Key Bank | $560,500.00 | $522,815.38 | 20 | DJS Properties, LP guaranteed; dispute interest after 1/4/06 |
| Merrill Lynch Corp | $127,914.00 | $127,914.46 | 15 | DJS Properties, LP guaranteed-secured by property |
| Ontario Partners | $0.00 | $320,695.75 | | Secured by Coastal Hotel Group-no guaranty signed; disputed |
| Regal Bank | $1,500,000.00 | $1,519,541.66 | 6 | |
| Rhodes Asset | $644,800.00 | $493,174.78 | 9 | Debt may have been reduced post bankruptcy due to sale of Toms stock |
| Washington Mutual | $5,921,179.00 | $3,016,328.45 | 13 | Claim amended August 29, 2005 to credit proceeds of ships sold |
| Washington Trust Bank | $3,000,000.00 | $2,806,225.11 | 16 | |
| Wells Fargo | $238,121.37 | $238,150.97 | 1 | |
| Wells Fargo Bank | $950,000.00 | $332,346.21 | 4 | Debt appears to have been overstated on original schedules |
| | $55,546,648.07 | | | |

Banner Bank has filed a motion to allow a late filed claim for over $6 million. Debtor is informed that other obligors have made payments to Banner Bank since the bankruptcy was filed and the liability has been reduced.

| Potential reductions due to objections to claims or with draw of claims | | |
|---|---|---|
| Claim total | $55,546,548.07 | |
| Citicapital | -$2,500,000.00 | Informed that boat is sold for $2.5 milion but claim has not been amended |
| Citicorp | $60,000.00 | Interest included -estimated reduction |
| DJS Properties | -12,000,000 | claim may need to consider Key Bank -which is counted aleady in total |
| | | if DJS pays Key Bank then claim does not have to be paid twice |
| Doug Toms | -3,500,000 | Debtor not indebted to Toms |
| Foundation Bank | -300,000 | Foundation released a lien of $500,000 for $300,000 |
| Frontier Bank | -1,000,000 | Debt does not appear to have been advanced |
| Merill Lynch | -127,914 | This is a DJS Properties Debt secured by Hollow Rd Property |
| Ontario Partners | -320,695.75 | Has agreed to remove its claim and order entered |
| Rhodes Asset | -493,174.78 | May have collected from Toms |
| Washington Mutual | | Amended claim reducing it from over $6 million to amount described above |
| Total with reductions | $35,364,763.54 | |

APPENDIX "L"
STATEMENT FROM DJS PROPERTIES, LP

## ADDENDUM TO DEBTOR'S DISCLOSURE STATEMENT

This Addendum is offered to the Debtor's Disclosure Statement by DJS Properties L.P., an Idaho Limited Partnership, as a means to provide to all of the Debtor's unsecured creditors, supplementary disclosures and the position of DJS Properties L.P., as regard the Committee's claims.

DJS Properties L.P. (hereinafter the "Partnership") provides the following disclosures:

1.      Unless otherwise specifically stated in this Addendum, the Partnership does not accept or agree with any disclosures offered by the final form of the Debtor's Disclosure Statement, to the extent that a disclosure attempts to form a basis for claim by the Debtor, the Estate, the Committee, or the Plan Administrator, against the Partnership.  Nothing stated by the Debtor's Disclosure Statement, including this Addendum, can form an admission against the Partnership.

2.      The Partnership specifically rejects and disputes the Committee's theory that DJS Properties L.P. is merely the "alter ego" of the Debtor.  In that regard, all of the unsecured creditors should know that the Partnership will exercise all legal rights to defend against the Committee's theory, through all appellate courts of jurisdiction as necessary to defeat that theory.  The unsecured creditors should know that:

(a)   DJS Properties L.P. was formed with a written Partnership Agreement in 1997; and

(b)   DJS Properties L.P. registered its Partnership as a business with the Secretary of State of Idaho in 1997; and

(c)   DJS Properties L.P. begin acquiring assets and conducting business beginning with the year it was formed; and

(d)   The formation, registration and conducting business occurred more than five (5) years before the Debtor became indebted to any unsecured creditor of the Debtor in this Bankruptcy; and

(e)   DJS Properties L.P. files federal tax returns on an annual basis; and

(f)   DJS Properties L.P. has been sued in its own name in courts of competent jurisdiction, without the Debtor being a party to the suit; and

(g)   The Committee offers no legal authority for the application of its "theory" to the facts and circumstances in this case.

3.      The Partnership specifically disputes the Committee's claim that the Debtor unlawfully transferred three assets to DJS Properties L.P.   In this regard, creditors should know the following:

(a)     DJS Properties L.P. has paid substantial amounts related to these assets, which are consistent with ownership, including but not limited to acquisition costs, maintenance costs, insurance costs, ad valorem taxes, mortgage payments, and other costs.   The Committee has not disclosed to the unsecured creditors the extent of these Partnership payments, nor has it disclosed the burden on the Estate for lawful reimbursement to the Partnership to prevent unjust enrichment, even if its claim of unlawful transfer can be proven.

(b)     DJS Properties L.P. has carried these and other assets not titled in the Partnership name, on its books and records of its accounts, which has been consistently applied, and has paid other obligations consistent with ownership.

4.      The Committee has failed to disclose to the unsecured creditors, the fees and costs that will likely be incurred in connection with the pursuit of claims against the Partnership.   Those fees and costs may well exceed $1,000,000.00 depending on the number and extent of prosecuted claims.   The Committee has already incurred more than $350,000.00 in fees and costs, and that obligation was only through June 1, 2006, and before the Committee's attorneys began to review Partnership documents.   The Committee has failed to disclose, even by approximate amount, the fees and costs that unsecured creditors can expect to incur, as they seek standing to incur more.

5.      Although the Partnership has not seen the details of the Debtor's Plan, the Partnership does not oppose on a conceptual basis the Plan as revealed by the Debtor's Disclosure Statement.

ADDENDUM TO DEBTOR'S DISCLOSURE STATEMENT – Page 2