JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:   (208)344-7811
Facsimile:   (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) **CONSENT** |
| | ) |
| Debtor. | ) |

COMES NOW the undersigned and hereby agree as follows:

1. The Debtor-in-Possession shall file a Second Amended Disclosure Statement which incorporates all changes the Debtor-in-Possession agreed to make as of 9:00 a.m., Tuesday, December 19, 2006, to the filed First Amended Disclosure Statement as well as to Appendix E.

2. That the undersigned J.R. Simplot, Co., Washington Mutual Bank, the Official Unsecured Creditors Committee, and DJS Properties, LP, have filed objections to, or have objected to the Debtor's original filed Disclosure Statement.

CONSENT P -1-
JMM/jib 01936-014/212389  12/20/06 1:30:51 PM

3. That the undersigned, and each of them, hereby agree to withdrawal all objections they had to the adequacy of the Disclosure Statement and agree that the Second Amended Disclosure Statement can be served by the Debtor with the proposed Joint Plan of Reorganization proposed by the Debtor and the Unsecured Creditors Committee.

4. The undersigned approve the form of the Order Approving the Disclosure Statement which is attached hereto as Exhibit "A", and incorporated herein by this reference.

5. The undersigned approve the form of the Ballot which is attached hereto as Exhibit "B", and incorporated herein by this reference.

6. The undersigned approve the form of the transmittal letter which is attached hereto as Exhibit "C" and incorporated herein by this reference.

DATED this 24 day of December, 2006.

COSHO HUMPHREY, LLP

_____
Joseph M. Meier
Attorneys for Debtor-in-Possession

DATED this 20 day of December, 2006.

U.S. TRUSTEE

_____
Jeff Howe
Assistant U.S. Trustee

DATED this ____ day of December, 2006.

        MOFFATT THOMAS BARRETT ROCK & FIELDS, CHTD.

        _____
        Randy Peterman
        Attorney for J.R. Simplot, Co.

DATED this 27th day of December, 2006.

        HOLLAND & HART, LLP

        _____
        Larry Prince
        Attorney for Unsecured Creditors Committee

DATED this ____ day of December, 2006.

        LANE POWELL, PC

        _____
        Charles Ekberg
        Attorney for Washington Mutual Bank

DATED this ____ day of December, 2006.

        WILLIAM R. SNYDER & ASSOC., P.A.

        _____
        William Snyder
        Attorney for DJS Properties, LP

DATED this ____ day of December, 2006.

        MOFFATT THOMAS BARRETT ROCK & FIELDS, CHTD.

        _____
        Randy Peterman
        Attorney for J.R. Simplot, Co.


DATED this ____ day of December, 2006.

        HOLLAND & HART, LLP

        _____
        Larry Prince
        Attorney for Unsecured Creditors Committee

DATED this 27th day of December, 2006.

        LANE POWELL, PC

        /s/ Charles Ekberg
        Charles Ekberg
        Attorney for Washington Mutual Bank

DATED this ____ day of December, 2006.

        WILLIAM R. SNYDER & ASSOC., P.A.

        _____
        William Snyder
        Attorney for DJS Properties, LP

DATED this ____ day of December, 2006.

          MOFFATT THOMAS BARRETT ROCK & FIELDS, CHTD.

          _____
          Randy Peterman
          Attorney for J.R. Simplot, Co.

DATED this ____ day of December, 2006.

          HOLLAND & HART, LLP

          _____
          Larry Prince
          Attorney for Unsecured Creditors Committee

DATED this ____ day of December, 2006.

          LANE POWELL, PC

          _____
          Charles Ekberg
          Attorney for Washington Mutual Bank

DATED this 27th day of December, 2006.

          WILLIAM R. SNYDER & ASSOC., P.A.

          /s/ William Snyder
          William Snyder
          Attorney for DJS Properties, LP

DATED this ____ day of December, 2006.

                              MOFFATT THOMAS BARRETT ROCK & FIELDS, CHTD.

                              /s/ Tyler Henderson
                        FOR Randy Peterman
                              Attorney for J.R. Simplot, Co.

DATED this ____ day of December, 2006.

                              HOLLAND & HART, LLP

                              Larry Prince
                              Attorney for Unsecured Creditors Committee

DATED this ____ day of December, 2006.

                              LANE POWELL, PC

                              Charles Ekberg
                              Attorney for Washington Mutual Bank

DATED this ____ day of December, 2006.

                              WILLIAM R. SNYDER & ASSOC., P.A.

                              William Snyder
                              Attorney for DJS Properties, LP

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of December, 2006, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

LFischer Ada County Treasurer    trbankrupt@adaweb.net, bankruptcy@adaweb.net
Bruce A Anderson    baafiling@ejame.com
Eric R Bjorkman    Ebjorkman@perkinscoie.com, Lloyd@perkinscoie.com
Steven W Boyce    sboyce@justlawidaho.com
Grant E Courtney    courtneyg@lanepowell.com
Robert A Faucher    rfaucher@hollandhart.com, krkiefer@hollandhart.com;boiseintaketeam@hollandhart.com
Brad Goergen    bagoergen@hollandhart.com, boiseintaketeam@hollandhart.com;aabrown@hollandhart.com
Daniel C Green    dan@racinelaw.net, ajc@racinelaw.net
TMetcalfe J.R. Simplot Company    Tree.Metcalfe@simplot.com
John F Kurtz    jfk@hteh.com,
Gary L McClendon    gary.mcclendon@usdoj.gov
Kelly Greene McConnell    litigation@givenspursley.com, s284@givenspursley.com
Craig Miller    craigmiller@dwt.com, melissageraghty@dwt.com
Harold Q Noack    pete@noacklaw.com, nancy@noacklaw.com
Jan Samuel Ostrovsky    jostrovsky@crockerkuno.com, nancy@crockerkuno.com
Randall A Peterman    rap@moffatt.com, alj@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotmail.com
Larry E Prince    lprince@hollandhart.com, chardesty@hollandhart.com;boiseintaketeam@hollandhart.com
Janine P Reynard    jpa@hteh.com
Michael G Schmidt    mgs@lukins.com, jwm@lukins.com
William L Smith    wsmith@idalaw.com, jpaoli@idalaw.com
William R Snyder    main@wrslegal.com,
US Trustee    ustp.region18.bs.ecf@usdoj.gov
AKieffer Washington Trust Bank    BKNotices@watrust.com,
Jeffrey M Wilson    jeff@wilsonmccoll.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant vie first class mail with postage prepaid addressed as follows:

American Marine Bank
Seattle Office
1200 2nd Ave Ste 200
Seattle, WA 98104

Bradley R Duncan
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101

The Commerce Bank of Washington, N.A.
c/o Charles C. Robinson
Eighteenth Floor
1191 Second Avenue
Seattle, WA 98101-2939

Washington Mutual
c/o Charles R. Ekberg
Lane Powerll PC
1420 Fifth Ave. Suite 4100
Seattle, WA 98101-2338

                                                 COSHO HUMPHREY, LLP

                                                 Joseph M. Meier

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:   (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| In Re: | ) | Chapter 11 |
|---|---|---|
|  | ) | Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |  |
| El Paso Tree Farm Company | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR
FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH
NOTICE THEREOF AND NOTICE OF FURTHER REQUIREMENTS OF
THOSE PARTIES FILING OBJECTIONS AND NOTICE OF HEARING
ON THE CONFIRMATION OF PROPOSED PLAN**

Don J. Simplot, aka El Paso Tree Farm Company filed a Second Amended Disclosure Statement on December ___, 2006. It having been determined after hearing on notice that the Second Amended Disclosure Statement, together with Addendums thereto (hereinafter "Disclosure Statement") contains adequate information. As disclosed in the Disclosure Statement, Don J. Simplot as Debtor-in-Possession and the Official Unsecured Creditors Committee of the Debtor, have prepared a Joint Plan of Reorganization, which Joint Plan of Reorganization


EXHIBIT A

(hereinafter "Plan of Reorganization") shall be served by the Debtor-in-Possession together with the Disclosure Statement.

IT IS ORDERED, and notice is hereby given that:

1. The Disclosure Statement filed by Don J. Simplot, dated December ___, 2006 is approved.

2. After the entry of this Order, the Plan of Reorganization, the Disclosure Statement, and a ballot conforming to Official Form No. 14 shall be transmitted by mail to creditors, equity security holders and other parties in interest as provided in Rule 3017(d) of the Federal Rules of Bankruptcy Procedure. These documents shall be mailed by the Debtor-in-Possession on or before **January 3, 2007** to the appropriate parties as described in this paragraph.

3. **January 31, 2007** is fixed as the last day for filing the written ballot accepting or rejecting the Plan of Reorganization.

4. **January 31, 2007** is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure written objections to confirmation of the Plan of Reorganization and any objections must be sent to the U.S. Bankruptcy Court, 550 W. Fort Street, MSC 042, Boise, ID 83724 and to Joseph M. Meier, Cosho Humphrey, LLP, P.O. Box 9518, Boise, Idaho 83707, and to the U.S. Trustee, 720 Park Blvd., Ste. 220, Boise, ID 83712; and to Larry Prince, Holland and Hart, 101 S. Capital Blvd., Ste. 1400, Boise, Idaho 83701.

5. **In the event you elect to file a written objection to confirmation of the Debtor's Plan of Reorganization, then you should comply with the following additional filing deadlines: (In the event you do not desire to object to the confirmation of the Plan of Reorganization, then you can ignore the balance of this Order.) In the event you file timely written objections to the Plan of Reorganization then you shall file with the Bankruptcy Court on or before February 14, 2007, and serve on the same attorneys as described in Paragraph 4, the following:**

   a. A list of all witnesses who you intend to call as witnesses at the confirmation hearing described herein. In the event you disclose a witness, then you shall be responsible to have that witness appear at the hearing unless the Debtor, the Unsecured Creditors Committee, and all other parties opposing confirmation shall agree that the witness can be excused.

   b. A disclosure of all written exhibits which you intend to produce at the confirmation hearing. The exhibit list shall be prepared in accordance with the Local Rules of Bankruptcy Procedure and practice. Prior to February 14, 2007 you should consult with the courtroom deputy clerk, Randy J. French at (208) 334-9343 to determine the exhibit numbers to be assigned

      to you. An original and judge's copy of those exhibits shall be submitted to the Clerk of the Court.

  c. A written memorandum of law shall be required to support any and all objections or responses thereto.

  d. The Debtor and Unsecured Creditors Committee shall comply with the terms of this Paragraph 5, and shall also serve those documents on all parties that have filed timely written objections to the Plan of Reorganization.

  6. **February 21, 2007 at 9:30 a.m.** is fixed for the first day of the hearing on confirmation of the Plan of Reorganization at the U.S. Bankruptcy Court, Federal Building/U.S. Courthouse, Fifth Floor, 550 W. Fort Street, Boise, Idaho. The Court has further set aside two additional hearing days, if required, consisting of February 22, 2007 and February 23, 2007 for continuation of the hearing on confirmation of the Plan of Reorganization.

  7. Debtor shall submit to the Court, and all parties filing timely objections thereto, in accordance with Local Rule 3018.1, a summary of the balloting.

**JEROME SHULKIN, WSB No. 2198**
**SHULKIN HUTTON, INC., P.S.**
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 623-3515
Facsimile:  (206) 682-9289
mepelbaum@shulkin.com

**JOSEPH M. MEIER, ISB No. 3314**
**COSHO, HUMPHREY, LLP**
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

  The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the _____ day of December 2006, (the "Plan") in this case.  The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  That Disclosure Statement is being sent to you with the Plan.  The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

  **You should review the Disclosure Statement and Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in the class described in the Plan.  If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.**

EXHIBIT B

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( ) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $_____,

( ) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: _____
Signed: _____
By: (if appropriate) _____
      as _____
Address: _____
_____

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.**

    Zach Springer, Deputy Clerk
    U.S. Bankruptcy Court
    550 West Fort, MSC 042
    Boise, Idaho 83724

To:   All Unsecured Creditors of Don J. Simplot

We are pleased to report that Don Simplot and the Official Committee of Unsecured Creditors (the "Committee") have recently filed their joint plan of reorganization. A copy of the Plan is enclosed.

Also enclosed is a copy of Don Simplot's Second Amended Disclosure Statement, which has been approved by the United States Bankruptcy Court for the District of Idaho. The Court's approval of the Disclosure Statement means that the Court has determined that the Disclosure Statement contains adequate information about the bankruptcy and the Plan to enable you to evaluate the Plan.

Mr. Simplot and the Committee urge you to vote in favor of the Plan. The Committee has considered various alternatives and, along with Mr. Simplot, believes the Plan offers the best opportunity to maximize recovery for Mr. Simplot's creditors. Under the Plan, nearly all of the Debtor's assets (other than some assets that are beyond the creditors' reach) are being transferred to a trust. The trustee of the trust will liquidate those assets over a period of time and distribute the proceeds to the creditors. The trust's activities will be subject to the control of a governing board composed of certain Committee members who are also unsecured creditors.

Please note that **January 31, 2007** is the deadline for you to file your ballots for or against the Plan and is also the deadline for you to file written objections to confirmation of the Plan, if you wish to object to the Plan. You must file your ballot and your objections so that they arrive on or before January 31, 2007 at the U.S. Bankruptcy Court at the following address:

>   Zach Springer, Deputy Clerk
>   U.S. Bankruptcy Court, District of Idaho
>   550 W. Fort Street
>   MSC 042
>   Boise, ID 83707

All objections must also be served on us, at our addresses indicated below.

Enclosed with this letter are the following documents:

1.   **Second Amended Disclosure Statement.**  You should consult the Disclosure Statement before you cast your ballot. As noted above, the Court has approved the Disclosure Statement as providing adequate information that will enable you to make an informed decision on your acceptance or rejection of the Plan.

2.   **Joint Plan of Reorganization.**  This Plan is submitted by both Don Simplot and the Committee. This Plan can be accepted or rejected by you using the enclosed ballot.



3. **Order Approving Disclosure Statement, etc.** You should consult this Order as it contains several critical dates for your review and consideration. These critical dates include the date of the hearing on the confirmation of the Plan, the date for you to file your ballot accepting or rejecting the Plan, the date for you to file a written objection if you wish to oppose any of the terms of the Plan, and, if you file an objection to the Plan, the date by which certain disclosures must be made.

4. **Ballot.** Ballots have been enclosed at two different places for your convenience. A separate yellow ballot is enclosed, and there is a ballot form attached to the Disclosure Statement. You can use either ballot to vote on the Plan. Please review the ballot terms carefully to ensure that you fill it out correctly. If you hold multiple claims, please file a separate ballot with respect to each claim.

Thank you. Please contact us if you have any questions.

| | |
|---|---|
| Joseph M. Meier<br>Cosho Humphrey, LLP<br>P.O. Box 9518<br>Boise, ID 83707<br>(208) 344-7811<br>jmeier@cosho.com | Larry E. Prince<br>Robert A. Faucher<br>Brad A. Goergen<br>Holland & Hart LLP<br>P.O. Box 2527<br>Boise, ID 83701<br>(208) 342-5000<br>lprince@hollandhart.com<br>rfaucher@hollandhart.com<br>bagoergen@hollandhart.com |
| Jerome Shulkin<br>Shulkin Hutton, Inc.<br>2101 Fourth Avenue<br>Suite 200<br>Seattle, WA 98121<br>(206) 623-3515<br>mepelbaum@shulkin.com | Attorneys for the Official Committee of Unsecured Creditors |
| Attorneys for Don Simplot | |

3648501_3.DOC