Larry E. Prince, ISB No. 1759
Robert A. Faucher, ISB No. 4745
Brad A. Goergen, ISB No. 6631
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, ID  83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
E-mail:  lprince@hollandhart.com
         rfaucher@hollandhart.com
         bagoergen@hollandhart.com

Attorneys for the Official Committee of Unsecured Creditors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>DON J. SIMPLOT,<br><br>    Debtor. | Case No. 06-00002-TLM<br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE FOR OBJECTION TO CONFIRMATION** |

The Debtor-in-Possession, Don J. Simplot (hereinafter "Debtor"), by and through his attorneys of record Cosho Humphrey, LLP, and the Official Committee of Unsecured Creditors of the above entitled Debtor (the "Creditors' Committee"), by and through its attorneys of record, Holland and Hart LLP, and the J.R. Simplot Company and any and all shareholders of any and all classes of any stock in the J.R. Simplot Company ("JRSCO"), by and through its attorneys of record Moffatt Thomas Barrett Rock & Fields, Chtd., hereby agree as follows (the "Stipulation").

# RECITALS

A. On August 31, 2006, Debtor filed a Chapter 11 Plan of Reorganization and

STIPULATION TO EXTEND DEADLINE FOR OBJECTION TO CONFIRMATION - 1

Disclosure Statement. Docket Nos. 322 (Disclosure Statement), 323 (Plan).

B. Debtor filed a First Amended Disclosure Statement on December 14, 2006. Docket No. 471. On December 18, 2006, Debtor file a Supplement to First Amended Disclosure Statement. Docket No. 474.

C. The Court approved the First Amended Disclosure Statement at a hearing held on December 19, 2006. At that hearing, the Court also scheduled a confirmation hearing for February 21, 2007. Docket No. 475. The Court directed that objections to confirmation were to be filed by January 31, 2007. *Id*.

D. On December 29, 2006, Debtor filed an amended plan titled Joint Plan of Reorganization of Debtor and Creditors' Committee ("Joint Plan"), Docket No. 478, and Debtor filed a Second Amended Disclosure Statement, Docket No. 479.

E. On January 3, 2007, the Court entered an Order that approved the Second Amended Disclosure Statement, and again fixed January 31, 2007, as the deadline for filing objections to confirmation and scheduled a confirmation hearing for February 21, 2007. Docket No. 496. This Order also fixed February 14, 2007, as the deadline for various other procedural issues, including the filing of responses to objections to confirmation. *Id*.

F. Currently, JRSCO, the Creditors' Committee, and Debtor are engaged in negotiations to resolve potential objections of JRSCO to the Joint Plan. These negotiations will likely result in the resolution of several of JRSCO's potential objections. But the time required for reaching resolutions extends beyond the January 31, 2007, deadline for JRSCO to file objections to confirmation.

Now, therefore, the parties agree as follows:

STIPULATION TO EXTEND DEADLINE FOR OBJECTION TO CONFIRMATION - 2

1. Debtor, the Creditors' Committee, and JRSCO will continue to negotiate resolutions, in good faith, to JRSCO's potential objections to confirmation of the Joint Plan.

2. Debtor and the Creditors' Committee agree to waive any timeliness objections they may have to objections to confirmation filed by JRSCO so long as JRSCO's objections to confirmation are filed on or before February 7, 2007.

3. The parties agree that the extension provided for in paragraph 2 herein shall not affect the deadlines applicable to any other parties, or affect any other deadlines. In particular, Debtor and the Creditors' Committee understand that this Stipulation shall not extend the time for filing responses to JRSCO's objections to confirmation, if any. Despite the extension provided for in paragraph 2 herein, Debtor and the Creditors' Committee understand that their responses to JRSCO's objections to confirmation, if any, must be filed on or before February 14, 2007.

4. The parties believe that a Court order approving this Stipulation is necessary, and request the Court enter an order extending the deadline, for JRSCO only, to submit objections to confirmation until February 7, 2007. A stipulated order to this affect will be submitted to the Court for its review.

DATED this 26th day of January 2007.

                                    HOLLAND & HART LLP

                                    By   /s/ Brad A. Goergen
                                        Brad A. Goergen, for the firm
                                        Attorneys for the Official Committee of
                                        Unsecured Creditors

[Endorsements on following page.]

Endorsement:

DEBTOR IN POSSESSION:

By    /s/ Joseph M. Meier
    Joseph M. Meier, Cosho Humphrey, LLP
    Attorney for Debtor In Possession

Endorsement:

J.R. SIMPLOT COMPANY AND ALL SHAREHOLDERS:

By    /s/ Randall A. Peterman
    Randall A. Peterman,
    Moffatt Thomas Barrett Rock & Fields,
      Chtd.
    Attorney for J.R. Simplot Company

## CERTIFICATE OF SERVICE

   I hereby certify that on January 26, 2007, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Joseph M. Meier<br>Cosho Humphrey, LLP<br>jmeier@cosholaw.com<br>(Debtor) | Kelly Greene McConnell<br>Givens Pursley LLP<br>litigation@givenspursley.com<br>(Banner Bank) |
| Jerome Shulkin<br>mepelbaum@shulkin.com<br>(Debtor) | Craig Miller<br>Davis Wright Tremaine LLP<br>craigmiller@dwt.com<br>(Banner Bank) |
| U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | John S. Kaplan<br>Erik R. Bjorkman<br>Perkins Coie LLP<br>jkaplan@perkinscoie.com<br>Ebjorkman@perkinscoie.com<br>(Foundation Bank) |
| Gary L. McClendon<br>gary.mcclendon@usdoj.gov<br>(U.S. Trustee) | Michael G. Schmidt<br>Lukins & Annis, P.S.<br>mgs@lukins.com<br>(Washington Trust Bank) |
| Bruce A. Anderson<br>Elsaesser Jarzabek Anderson Marks Elliott and McHugh<br>baafiling@ejame.com<br>(Regal Financial Bank) | Ford Elsaesser<br>Elsaesser Jarzabek Anderson Marks Elliott and McHugh<br>ford@ejame.com<br>(Regal Financial Bank) |
| Jeffrey M. Wilson<br>Wilson McColl & Rasmussen<br>jeff@wilsonmccoll.com<br>(CitiCapital Commercial Corporation) | Jed Morris<br>Lukins & Annis, P.S.<br>mgs@lukins.com<br>(Washington Trust Bank) |
| William L. Smith<br>Trout Jones Gledhill Fuhrman, P.A.<br>bsmith@idalaw.com<br>(Frontier Bank) | John F. Kurtz, Jr.<br>Hawley Troxell Ennis & Hawley, LLP<br>jfk@hteh.com<br>(American West Bank) |
| Lynda Fischer<br>Ada County Treasurer<br>trbankrupt@adaweb.net,<br>bankruptcy@adaweb.net | Grant E. Courtney<br>Lane Powell PC<br>courtneyg@lanepowell.com<br>(Washington Mutual Bank and Key Bank) |

STIPULATION TO EXTEND DEADLINE FOR OBJECTION TO CONFIRMATION - 5

| | |
|---|---|
| Harold Q. Noack, Jr.<br>Harold Q. Noack, Jr., P.A.<br>pete@noacklaw.com<br>(Rhodes Asset Management) | Bruce W. Leaverton<br>Lane Powell PC<br>leavertonb@lanepowell.com<br>(Key Bank, N.A.) |
| William R. Snyder<br>William R. Snyder & Associates, P.A.<br>main@wrslegal.com<br>(DJS Properties, L.P.) | Randall A. Peterman<br>Moffatt, Thomas, Barrett, Rock & Fields, Chtd.<br>rap@moffatt.com<br>(J.R. Simplot Company) |
| Steven W. Boyce<br>Just Law Office<br>sboyce@justlawidaho.com<br>(PHH Mortgage Corp.) | Daniel C. Green<br>Racine Olson Nye Budge & Bailey, Chtd.<br>dan@racinelaw.net<br>(Cowlitz Bank) |
| Jan S. Ostrovsky<br>Crocker Kuno Ostrovsky LLC<br>jostrovsky@crockerkuno.com<br>(Cowlitz Bank) | Charles R. Ekberg<br>Lane Powell PC<br>ekbergc@lanepowell.com<br>(Washington Mutual Bank and Key Bank) |
| P. Larry Westberg<br>Westberg<br>lwstbrg@cableone.net<br>(DJS Properties, L.P.) | |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first-class mail, postage prepaid addressed as follows:

| | |
|---|---|
| American Marine Bank<br>Seattle Office<br>1000 2nd Avenue, Suite 200<br>Washington, WA  98104 | Michael Ballantyne<br>Thornton Oliver Keller<br>250 S. Fifth Street, 2nd Floor<br>Boise, ID  83702 |
| Bill Downs<br>Bill Downs Auction Service, Inc.<br>P.O. Box 428<br>Nampa, ID  83653 | Bradley R. Duncan<br>2600 Century Square<br>1501 Fourth Avenue<br>Seattle, WA  98101 |
| Washington Mutual<br>c/o Charles R. Ekberg<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA  98101-2338 | |

                                          /s/ Brad A. Goergen
                                    for HOLLAND & HART LLP

3661362_1.DOC

STIPULATION TO EXTEND DEADLINE FOR OBJECTION TO CONFIRMATION - 6