Randall A. Peterman, ISB No. 1944
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
rap@moffatt.com
15-924.4

Attorneys for J. R. Simplot Company

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>DON J. SIMPLOT,<br><br>            Debtor. | Case No. 06-00002-TLM<br>Chapter 11<br><br>**JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY** |

      COME NOW the Class A Stockholders (identified on Exhibit A attached hereto) and the Preferred Stockholders (identified on Exhibit B attached hereto) of J. R. Simplot Company, and join in the Objections to Confirmation of Joint Plan of Reorganization of Debtor and Creditors' Committee, filed by J. R. Simplot Company.

**JOINDER OF CLASS A STOCKHOLDERS AND
PREFERRED STOCKHOLDERS TO OBJECTION
TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY - 1**    BOI_MT2:639329.1

**ORIGINAL**

DATED this 7th day of February, 2007.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By *[signature]*
Randall A. Peterman – Of the Firm
Attorneys for J. R. Simplot Company

AGS PROPERTIES, L.P.

By: _____
Its: _____

GCS PROPERTIES, L.P.

By: *[signature]*
Its: _____

SRS PROPERTIES, L.P.

By: Scott R. Simplot
Its: General Partner

_____
Laurie C. Simplot Braun

JOINDER OF CLASS A STOCKHOLDERS AND
PREFERRED STOCKHOLDERS TO OBJECTION
TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY - 2        BOI_MT2:639329.1

_____
Anne Calista Simplot

/s/ Gay C. Simplot
_____
Gay C. Simplot

/s/ John Edward Simplot
_____
John Edward Simplot

_____
Joseph William Simplot

/s/ Scott R. Simplot
_____
Scott R. Simplot

**JOINDER OF CLASS A STOCKHOLDERS AND
PREFERRED STOCKHOLDERS TO OBJECTION
TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY - 3**                BOI_MT2:639329.1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___7th___ day of February, 2007, I caused a true and correct copy of the foregoing **JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Jerome Shulkin
SHULKIN HUTTON, INC., P.S.
425 Pike Street, Suite 610
Seattle, Washington 98101-4078
*Attorneys for Debtor*

Joseph M Meier
COSHO HUMPHREY, LLP
P. O. Box 9518
800 Park Boulevard, Suite 790
Boise, Idaho 83707-9518
*Attorneys for Debtor*

GARY L. MCCLENDON
OFFICE OF THE UNITED STATES TRUSTEE
Washington Group Central Plaza
720 Park Boulevard, Suite 220
Boise, Idaho 83712

Ada County Treasurer
P. O. Box 2868
Boise, Idaho 83701-2868

Ford Elsaesser
Bruce A. Anderson
ELSAESSER, JARZABEK, ANDERSON, MARKS, ELLIOTT & MCHUGH, CHTD.
123 South 3rd
Post Office Box 1049
Sandpoint, Idaho 83864-0855
*Attorneys for Regal Financial Bank*

Eric R. Bjorkman
PERKINS COIE, L.L.P.
251 East Front Street, Suite 400
Boise, Idaho 83702-7310
*Attorneys for Foundation Bank*

Grant E. Courtney
Bruce W. Leaverton
Charles R. Ekbert
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
*Attorneys for Washington Mutual Bank and KeyBank, N.A.*

Larry E. Prince
Robert A. Faucher
Brad A. Goergen
HOLLAND & HART, L.L.P.
101 South Capitol Boulevard, Suite 1400
Post Office Box 2527
Boise, Idaho 83701-2527
*Attorneys for Official Committee of Unsecured Creditors*

**JOINDER OF CLASS A STOCKHOLDERS AND
PREFERRED STOCKHOLDERS TO OBJECTION
TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY - 4**

John F. Kurtz and Janine P. Reynard
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 West Main Street, Suite 1000
Post Office Box 1617
Boise, Idaho  83701-1617
*Attorneys for American West Bank*

Craig Miller
DAVIS WRIGHT TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington  98101-1688
*Attorneys for Banner Bank*

Michael G Schmidt
LUKINS & ANNIS, PS
250 Northwest Boulevard, Suite 102
Coeur d'Alene, Idaho  83814-2971
*Attorneys for Washington Trust Bank*

Jeffrey M Wilson
WILSON MCCOLL & RASMUSSEN
420 West Washington
Post Office Box 1544
Boise, Idaho  83701-1544
*Attorneys for CitiCapital Commercial Corporation*

Steven W. Boyce
JUST LAW OFFICE
381 Shoup Avenue
Post Office Box 50271
Idaho Falls, Idaho  83405
*Attorneys for PHH Mortgage Corp.*

Kelly Greene McConnell
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701-2720
*Attorneys for Banner Bank*

Harold Q. Noack
1199 Shoreline Lane, Suite 308
Post Office Box 9795
Boise, Idaho 83707
*Attorneys for Rhodes Asset Management, LLC*

William L. Smith
TROUT ♦ JONES ♦ GLEDHILL ♦ FUHRMAN, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho  83701
*Attorneys for Frontier Bank*

William R. Snyder
WILLIAM R. SNYDER & ASSOCIATES, P.A.
520 W. Franklin Street
Post Office Box 2338
Boise, Idaho  83701-2338
*Attorneys for DJS Properties, L.P.*

Lance Loveland
PARSONS, SMITH, & STONE, LLP
137 West 13th Street
Post Office Box 910
Burley, Idaho  83318
*Attorneys for Diversified Financial Services, LLC*

AND, I HEREBY CERTIFY that on this 7th day of February, 2007, I caused a true and correct copy of the foregoing **JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY** to be served by the method indicated below, and addressed to the following non-CM/ECF Registered Participants:

**JOINDER OF CLASS A STOCKHOLDERS AND
PREFERRED STOCKHOLDERS TO OBJECTION
TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY - 5**

BOI_MT2:639329.1

| | |
|---|---|
| Don J. Simplot<br>Post Office Box 27<br>Boise, Idaho 83707 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bradley R. Duncan<br>2600 Century Square<br>1501 Fourth Avenue<br>Seattle, Washington 98101<br>*Attorneys for Banner Bank* | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| American Marine Bank<br>Attn: Barbara Swartling<br>Post Office Box 10788<br>Bainbridge Island, Washington 98110 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Citicorp USA, Inc.<br>399 Park Avenue<br>New York, New York 10043 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Commerce Bank of Washington, N.A.<br>c/o Charles C. Robinson<br>Eighteenth Floor<br>1191 Second Avenue<br>Seattle, Washington 98101-2939 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Brent G. Summers<br>TARLOW NAITO & SUMMERS LLP<br>6650 SW Redwood Lane, Suite 215<br>Portland, Oregon 97224<br>*Attorneys for DJS Properties, L.P.* | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Foundation Bank<br>c/o Frederick W. Schoepflin<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

/s/ Randall A. Peterman

**JOINDER OF CLASS A STOCKHOLDERS AND
PREFERRED STOCKHOLDERS TO OBJECTION
TO CONFIRMATION FILED BY J. R. SIMPLOT COMPANY - 6**

BOI_MT2:639329.1

# Exhibit A

BOI_MT2:639329.1

## Class A Stockholders of J.R. Simplot Company

Braun, Laurie C. Simplot;

Simplot, Anne Calista;

Simplot, Gay C.;

Simplot, John Edward;

Simplot, Joseph William; and

Simplot, Scott R..

# Exhibit B

BOI_MT2:639329.1

## Preferred Stockholders of J.R. Simplot Company

AGS Properties L.P;

Braun, Laurie C. Simplot;

GCS Properties, L.P.;

Simplot, Anne Calista;

Simplot, John Edward;

Simplot, Joseph William; and

SRS Properties, L.P.

BOI_MT2:639329.1