**JEROME SHULKIN, WSB No. 2198**
**SHULKIN HUTTON, INC., P.S.**
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

**JOSEPH M. MEIER, ISB No. 3314**
**COSHO, HUMPHREY, LLP**
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) **DEBTOR-IN-POSSESSION'S WRITTEN** |
| | ) **SUMMARY OF BALLOTS AND** |
| Debtor. | ) **WRITTEN SUMMARY OF** |
| | ) **OBJECTIONS** |

COMES NOW, Don J. Simplot, Debtor-in-Possession and one of the Plan proponents

under a First Amended Chapter 11 Plan filed December 29, 2006, and hereby submits his written

summary of the ballots cast and objections made. Attached hereto as Exhibit "A" is the Debtor's

summary of ballots received by the Court by January 31, 2007, showing the ballot number, the

date the ballot was received, the creditor, its status, and the amount of claim contained on the

ballot.

Except as to DJS Properties, LP, the last day to file a ballot under this Court's order was January 31, 2007.

The following is a description of the summary of the balloting.

1.    The Chapter 11 Plan contained the following classification of claims and this summary addresses each class and how each class voted:

A.    Class 1: This class contains all priority claims. No priority creditor filed a ballot by January 31, 2007. This class therefore did not vote.

B.    Class 2: This class contains the secured claim of PHH Mortgage Corp. PHH Mortgage Corp. filed a ballot on January 30, 2007, rejecting the Plan. Class 2, therefore, rejected the Plan.

C.    Class 3: This class contains the secured claim of Diversified Financial Services. Diversified Financial Services did not file a ballot by January 31, 2007. This class therefore did not vote.

D.    Class 4: This class contains the claims of April Dawn and John Ralston Simplot. Class 4 filed a ballot on January 23, 2007 accepting the Plan. Therefore, Class 4 has accepted the Plan.

E.    Class 5: Unsecured Claims. This class contains the general unsecured claims that exist against the Debtor-in-Possession.[1] As shown by Exhibit "A" attached hereto and incorporated herein by this reference, a total of $33,793,783.81 of Class 5 claims voted on the Plan. In addition, Banner Bank filed a claim on January 31, 2007 asserting a claim of $2,897,363.99. While this creditor filed its ballot as a secured claim

holder, that claim is not secured by any of Debtor's property. Banner Bank, the Unsecured Creditors Committee and the Debtor-in-Possession agreed prior to the bar date that this claim, for voting purposes, could be classified as an unsecured claim. See Agreement attached hereto as Exhibit "B" and incorporated herein by this reference. Including Banner Bank's claim, therefore, with the $33,793,783.81 in other unsecured claims, means that a total of $36,691,147.80 voted in Class 5 of the Plan. One creditor, KeyBank National Association voted to reject the Plan and lodged a ballot asserting a $2,083,596.67 claim. All other members of Class 5 voted to accept the Plan prior to February 7, 2007, a total of 15 creditors voted to accept the Plan out of 16 creditors casting ballots. Therefore, a total of 94% of all creditors voting in Class 5 voted to accept the Plan as of January 31, 2007. Also a total of $34,607,551.13 of unsecured claims voted to accept the Plan of the total of $36,691,147.80 voting in Class 5. Therefore, on January 31, 2007, a total of 94% of the total claims had voted to accept the plan.

On February 7, 2007, DJS Properties, LP voted to reject the Plan. While it voted its claim of $14,000,000.00[2], the majority of this claim is unliquidated, contingent and is opposed by the Debtor. Even if the full amount of the claim is tabulated, however, with the other ballots this still makes Class 5 an accepting class. Thus, including DJS Properties, LP in Class 5 means that 15 out of 17 creditors in Class 5 voted to accept the Plan, or 88% of the Class. Of the dollar amount voting $34,647,551.13 voted to accept of

---

[1] Exhibit "A" shows the ballots received as of January 31, 2007. By agreement DJS Properties, LP was given an additional week to vote. Its ballot is addressed later in this summary.
[2] Debtor disclosed in its Disclosure Statement that a large protion of the claim of DJS Properties, LP is disputed as it is based on contingent, unliquidated and unrealized liability. Debtor has notified DJS Properties, LP's that its claim is disputed. DJS Properties, LP does not dispute that for the purposes of Rule 3018(a) of the Federal Rules of Bankruptcy Procedure that the claim that would be temporarily allowed is substantially less than $14,000,000.00.

a total of $50,691,147.80 voting or 68% of the Class.  Thus, this Class accepted because

more than 2/3 of the claims and more than ½ of the creditors in the Class voted to accept

the Plan.

      F.      Attached hereto as Exhibit "C" is a photocopy of all ballots submitted by

January 31, 2007.  Also attached as Exhibit "C" is the DJS Properties, LP ballot.

2.      Pursuant to 11 U.S.C. § 1129(a)(10) at least one class of impaired creditors have

voted to accept the Plan and therefore the Plan proponents have complied with that subsection of

11 U.S.C. § 1129.

3.      The following creditors have filed written objections to the Plan:

      A.      The United States Trustee (Docket No. 527).  The United States Trustee has

objected to confirmation of the Plan based on an objection to the language of the Plan over

payment of quarterly fees, and the filing of monthly financial reports.  The filing of

monthly financial reports, in accordance with the U.S. Trustee's objection, is related to the

Trustee's requirement that it be advised of disbursements made so that quarterly fees can

be calculated.  The U.S. Trustee is not requiring more detailed financial reports other than

necessary to show receipts and disbursements made during the quarters before the case is

closed.

      B.      The Internal Revenue Service has filed an objection to the Plan (Docket No.

533).  Its objection states that the Plan fails to provide for compounding interest at 8% per

annum and does not provide periodic payments, which the IRS alleges should be due more

frequently than annual anniversary dates of the effective date of the Plan.  The IRS objects

to the extent it alleges that the Plan is ambiguous as to who will pay the priority taxes.

Finally, the IRS requests certain default language memorialized on Page 3 and 4 of its objection.

      C.     PHH Mortgage Corporation has filed an objection to the Plan (Docket No. 523) asserting the following objections:

      (1).    The Plan does not provide for Proof of Claim No. 15 in the approximate amount of $127,914.46.

      (2).    The Plan proposed waiting period of 18 months prior to PHH Mortgage Corp. receiving payment is opposed.

      D.     Prior to January 31, 2007, the Debtor-in-Possession, Unsecured Creditors Committee and J.R. Simplot Co. agreed that J.R. Simplot Co. would be granted until February 7, 2007 to file an additional objection. As of February 7, 2007, the J.R. Simplot Co. has filed an objection to the Plan objecting to certain language regarding exculpation provisions, the procedure for approving compromises and requirements for the protective order. Debtor-in-Possession believes many of these concerns are well taken and agrees that language must be inserted to the Plan to address these concerns.

      E.     Prior to January 31, 2007, the Debtor, Unsecured Creditors Committee and DJS Properties, LP entered a stipulation wherein DJS Properties, LP was allowed until February 7, 2007 to lodge any written objections and to cast a ballot concerning the First Amended Chapter 11 Plan.

      Further, DJS Properties, LP has filed an objection to the following (Docket No. 542):

   a.  The language of the Plan concerning the transfer of the general partnership interest related to management of DJS Properties, LP;

   b.  It raises the same objections to the Plan raised by J.R. Simplot Company.

  F.  In addition to the foregoing, the Debtor-in-Possession and Unsecured Creditors Committee have agreed to certain language in an order confirming the Plan in favor of the Idaho State Tax Commission ("Tax Commission"). The Tax Commission required language which provided, in essence, a 30 day notice in the event the Plan Administrator was late in the payment of the Tax Commission's priority claim, and which would permit the Tax Commission to pursue its remedies in the event no cure of the default was rendered. The Debtor has agreed that the Tax Commission shall approve the form of the order confirming the Plan or modification before its submission to the Court indicating that the proposed language is acceptable to it.

DATED this day of February, 2007.

          COSHO HUMPHREY, LLP

          Joseph M Meier

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___14___ day of February, 2007, I filed the foregoing electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

LFischer Ada County Treasurer    trbankrupt@adaweb.net, bankruptcy@adaweb.net
Bruce A Anderson    baafiling@ejame.com
Eric R Bjorkman    Ebjorkman@perkinscoie.com, Lloyd@perkinscoie.com
Steven W Boyce    sboyce@justlawidaho.com
Grant E Courtney    courtneyg@lanepowell.com
Charles R Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com
Robert A Faucher    rfaucher@hollandhart.com,
aabrown@hollandhart.com;boiseintaketeam@hollandhart.com
Brad Goergen    bagoergen@hollandhart.com,
boiseintaketeam@hollandhart.com;aabrown@hollandhart.com
Daniel C Green    dan@racinelaw.net, ajc@racinelaw.net
TMetcalfe J.R. Simplot Company    Tree.Metcalfe@simplot.com
John F Kurtz    jfk@hteh.com,
Gary L McClendon    gary.mcclendon@usdoj.gov
Kelly Greene McConnell    litigation@givenspursley.com, s284@givenspursley.com
Craig Miller    craigmiller@dwt.com, melissageraghty@dwt.com
Harold Q Noack    pete@noacklaw.com, nancy@noacklaw.com
Jan Samuel Ostrovsky    jostrovsky@crockerkuno.com, nancy@crockerkuno.com
Randall A Peterman    rap@moffatt.com,
alj@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotmail.com
Larry E Prince    lprince@hollandhart.com,
chardesty@hollandhart.com;boiseintaketeam@hollandhart.com
Janine P Reynard    jpa@hteh.com
Michael G Schmidt    mgs@lukins.com, jwm@lukins.com
W Ben Slaughter    wbs@elamburke.com, ksk@wlamburke.com
William L Smith    wsmith@idalaw.com, jpaoli@idalaw.com
William R Snyder    main@wrslegal.com,
US Trustee    ustp.region18.bs.ecf@usdoj.gov
AKieffer Washington Trust Bank    BKNotices@watrust.com,
Paul L Westberg    lwstbrg@cableone.net; mklinford@cableone.net; purplepenguin@cableone.net
Jeffrey M Wilson    jeff@wilsonmccoll.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant vie first class mail with postage prepaid addressed as follows:

American Marine Bank
Barbara Swartling
P. O. Box 10788
Bainbridge Island, WA 98110

American Marine Bank
c/o Bradford Anderson
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927

Bradley R Duncan
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101

The Commerce Bank of Washington, N.A.
c/o Charles C. Robinson
Eighteenth Floor
1191 Second Avenue
Seattle, WA 98101-2939

Washington Mutual
c/o Charles R. Ekberg
Lane Powerll PC
1420 Fifth Ave. Suite 4100
Seattle, WA 98101-2338

COSHO HUMPHREY, LLP

Joseph M. Meier

WRITTEN SUMMARY OF BALLOTS  P -8-
JMM/jib 01936-014/221728  2/14/07 10:14:46 AM

# Debtor-in-Possession's Summary of Balloting

## Secured Ballots** (Classes 2 & 3)

| 1 | 1/30/07 | PHH Mortgage | | | $3,119,138.82 |

**Percentage Rejecting**

Class 2 voted to reject.

**100%**

## Class 4 Ballots:

| 1 | 1/23/07 | April and John Simplot | | none stated |

**Percentage accepting**

Class 4 voted to accept

**100%**

\* Frontier originally cast a ballot as a secured creditor which was later amended and filed as an unsecured claim as claim 9 shown below; Banner also cast a ballot as secured creditor see ** below

Class 3 Diversified Financial did not cast a ballot

## Class 5 Ballots (unsecured claims):

| 1 | 1/11/07 | Regal Financial Bank | Unsecured | 1 | $1,519,541.66 |
|---|---|---|---|---|---|
| 2 | 1/16/07 | Foundation Bank | Unsecured | 1 | $4,429,938.11 |
| 3 | 1/19/07 | AmericanWest Bank | Unsecured | 1 | $920,661.00 |
| 4 | 1/19/07 | AmericanWest Bank | Unsecured | 1 | $4,129,229.00 |
| 5 | 1/24/07 | Citicorp USA, Inc. | Unsecured | 1 | $5,124,364.00 |
| 6 | 1/24/07 | Washington Trust Bank | Unsecured | 1 | $2,806,225.11 |
| 7 | 1/24/07 | American Marine Bank | Unsecured | 1 | $973,958.00 |
| 8 | 1/25/07 | Wells Fargo Bank, N.A | Unsecured | 1 | $332,346.21 |
| 9 | 1/25/07 | Frontier Bank (Amends Secured Claim #1) | Unsecured | 1 | $1,000,000.00 |
| 10 | 1/25/07 | The Commerce Bank of Washington, N.A. | Unsecured | 1 | $316,982.60 |
| 11 | 1/29/07 | Cowlitz Bank dba Bay Bank | Unsecured | 1 | $120,000.00 |
| 12 | 1/30/07 | KeyBank National Association | Unsecured | 1 | $2,083,596.67 |
| 13 | 1/30/07 | Citicapital Commercial Corp. | Unsecured | 1 | $2,005,000.00 |
| 14 | 1/31/07 | Washington Mutual Bank | Unsecured | 1 | $3,016,328.45 |
| 15 | 1/31/07 | Ambassadors Cruise Group, LLC | Unsecured | 1 | $5,015,613.00 |
| | | Subtotal | | 14 | $33,793,783.81 |
| 16 | 1/31/07 | Banner Bank | Unsecured** | 1 | $2,897,363.99 |
| | | Grandtotal votes in class 5 unsecured | | 15 | $36,691,147.80 |



EXHIBIT

A

Total dollar amount accepting $34,607,551.13

Total dollar amount voting **$36,691,147.80**

**Percentage Accepting** **94.32%**

Class 5 voted to accept the plan

** Banner Bank voted as secured but has agreed claim in this case to be counted as unsecured

## Jenny Bean

| | |
|---|---|
| **From:** | Larry Prince [LPrince@hollandhart.com] |
| **Sent:** | Wednesday, January 31, 2007 12:57 PM |
| **To:** | Joseph M. Meier; Miller, Craig |
| **Cc:** | jmorris@lukins.com |
| **Subject:** | RE: Banner Bank's Ballot |

Thanks everyone for the quick response.  That's one more matter behind us.

---

**From:** Joseph M. Meier [mailto:jmeier@CoshoLaw.com]
**Sent:** Wednesday, January 31, 2007 12:29 PM
**To:** Miller, Craig; Larry Prince
**Cc:** jmorris@lukins.com
**Subject:** RE: Banner Bank's Ballot

Larry and Craig:
Based on this understanding I think in the report that we file we can address this issue that Banner Bank
is for the purposes of treatment under the plan in the class with unsecured creditors and tabulate its ballot
accordingly.

Joseph M. Meier
Cosho Humphrey, LLP
800 Park Blvd., Suite 790
P.O. Box 9518
Boise, Idaho 83707-9518
Phone: (208) 344-7811
Direct Line: (208) 639-5610
Facsimile: (208) 639-5612
E-mail: jmeier@cosholaw.com

CONFIDENTIAL & PRIVILEGED:

This email message and any attachments are for the sole use of the intended recipient(s) and contain
confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message and any attachments.

---

**From:** Miller, Craig [mailto:craigmiller@dwt.com]
**Sent:** Wednesday, January 31, 2007 12:33 PM
**To:** Larry Prince
**Cc:** jmorris@lukins.com; Joseph M. Meier
**Subject:** RE: Banner Bank's Ballot

Larry --

Who among us does not struggle with categorizations one must make on a Proof of Claim form?



2/5/2007

Banner Bank is indeed a secured creditor. In my understanding, it would be wrong to check the box marked "unsecured."

Banner Bank's security, however, is the real property in Payette County under a mortgage granted by M.L Investment. I can confirm that Banner Bank holds no security directly pledged by the Debtor.

CM

**Craig Miller** | Davis Wright Tremaine LLP
1501 4th Avenue, Suite 2600 | Seattle, WA 98101
Tel: (206) 628-7724 | Fax: (206) 628-7799
Email: craigmiller@dwt.com | Website: www.dwt.com
Bio: www.dwt.com/lawdir/attorneys/MillerCraig.cfm

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

---

**From:** Larry Prince [mailto:LPrince@hollandhart.com]
**Sent:** Wednesday, January 31, 2007 11:27 AM
**To:** Miller, Craig
**Cc:** jmorris@lukins.com; Joseph M. Meier
**Subject:** Banner Bank's Ballot

Craig, the case administrator at the court told me that he received Banner Bank's ballot accepting the plan. The ballot is apparently cast as a secured creditor. In reviewing Banner Bank's proof of claim I note that the proof of claim was filed as a secured claim. It is however my understanding that Banner Bank's collateral is not at the Don Simplot level, but it instead has a lien on property and assets owned by a third party, namely ML Investments. Am I wrong on this and shouldn't Banner Bank's ballot be classified for voting purposes as unsecured? Thanks for your assistance.

2/5/2007

1/11/07

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Don J. Simplot, aka<br>El Paso Tree Farm Company<br><br>     Debtor. | )  Chapter 11<br>)  Case No. 06-00002-TLM<br>)<br>)  BALLOT FOR ACCEPTING OR REJECTING<br>)  JOINT PLAN OF REORGANIZATION<br>) |

   The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

   You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jib 01936-014/188983  1/3/07 8:59:51 AM

**EXHIBIT**

C

tabbies

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (✓) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ 1,519,541.66 _____

(✓) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: Regal Financial Bank
Signed: Charles Foisie
By: (if appropriate)
    as   EVP & Chief Credit Officer
Address:   925 4th Ave, Suite 100
           Seattle, WA 98104

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

U.S. COURTS

2007 JAN 16   AM 11: 35

REC'D_____FILED_____
CAMERON S. BURKE.
CLERK        IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 623-3515
Facsimile:  (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case.  The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jib 01936-014/188983   1/3/07 8:59:51 AM

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (X) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ 4,429,938.11

(X) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: FOUNDATION BANK
Signed: John S. Kaplan
By: (if appropriate) John S. KAPLAN
        as          ATTORNEY-IN-FACT
Address: 1201 THIRD AVE., SUITE 4800
         SEATTLE, WA 98101-3099

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -2-
JMM/jib 01936-014/188983   1/3/07 8:59:51 AM

U.S. COURTS

2007 JAN 19 AM 5:23

REC'D _____ FILED
CAMERON S. BURKE
CLERK           IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

Uns 3

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (✗) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ *920,641* ,

( ✗ ) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: *AmericanWest Bank*
Signed: *Tom Hammons*
By: (if appropriate) *Tom Hammons*
                          as *Senior Vice President*
Address: *9019 E. Appleway Blvd*
*Spokane Valley, WA 99212*

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

> Zach Springer, Deputy Clerk
> U.S. Bankruptcy Court
> 550 West Fort, MSC 042
> Boise, Idaho 83724

U.S. COURTS

2007 JAN 19  AM 5: 23

REC'D_____FILED_____
CAMERON S. BURKE.
CLERK        IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 623-3515
Facsimile:  (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:     (208)344-7811
Facsimile:     (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 06-00002-TLM |
| | ) | |
| Don J. Simplot, aka | ) | |
| El Paso Tree Farm Company | ) | BALLOT FOR ACCEPTING OR REJECTING |
| | ) | JOINT PLAN OF REORGANIZATION |
| Debtor. | ) | |

    The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case.  The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  That Disclosure Statement is being sent to you with the Plan.  The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in the class described in the Plan.  If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

Uns 4

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (✗) unsecured, ( · ) secured creditor of the above named Debtor in the unpaid amount of $ _4,129,229_____

( ✗) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: *American West Bank*
Signed: *Tom Hammons*
By: (if appropriate) *Tom Hammons*
as *Senior Vice President*
Address: *9019 E. Appleway Blvd*
*Spokane Valley, WA 99212*

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.**

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

U.S. COURTS

2007 JAN 24  AM 10: 04

REC'D_____FILED
CAMERON S. BURKE,
CLERK          IDAHO

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (X) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ _5,124,364_

(X) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: _Citicorp USA, Inc._
Signed:
By: (if appropriate) _Richard C. Lintheim_
        as _Vice President_
Address: _485 Lexington Ave 11 12 fl._
              _NY NY 10017_

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE
January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -2-
JMM/jlb 01936-014/188983  1/17/07 1:57:01 PM

U.S. COURTS

2007 JAN 24   AM 10: 04

REC'D_____FILED
CAMERON S. BURKE,
CLERK        IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 623-3515
Facsimile:  (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case.  The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  That Disclosure Statement is being sent to you with the Plan.  The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in the class described in the Plan.  If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.**

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( X ) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ 2,806,225.11                              .

( X ) Accepts the Plan
(   ) Rejects the Plan

Print or type name of creditor:   Washington Trust Bank
Signed:                          Charles W. Wood
By: (if appropriate)             Charles W Wood
         as                      Vice President
Address:                         P.O. Box 2127
                                 Spokane, WA    99210-2127

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

U.S. COURTS

2007 JAN 24  AM 10: 05

REC'D_____FILED_____
CAMERON S. BURKE.
CLERK          IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession


## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) | |
| El Paso Tree Farm Company | ) | BALLOT FOR ACCEPTING OR REJECTING |
| | ) | JOINT PLAN OF REORGANIZATION |
| Debtor. | ) | |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jib 01936-014/188983   1/3/07 8:59:51 AM

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (X) unsecured, (  ) secured creditor of the above named Debtor in the unpaid amount of $ _973958.00_ ,

(X) Accepts the Plan
(  ) Rejects the Plan

Print or type name of creditor: _AMERICAN MARINE BANK_
Signed: _Barbara Swartling_
By: (if appropriate) _BARBARA A SWARTLING_
      as _Vice Pres & Credit Administrator_
Address: _PO Box 10788_
_Bainbridge Island WA 98110_

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE** <u>January 31</u>, 2007.

      Zach Springer, Deputy Clerk
      U.S. Bankruptcy Court
      550 West Fort, MSC 042
      Boise, Idaho 83724

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION  P -2-
JMM/jib 01936-014/188983   1/3/07 8:59:51 AM

U.S. COURTS

2007 JAN 25  PM 2: 28

REC'D_____FILED_____
CAMERON S. BURKE
CLERK          IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 623-3515
Facsimile:  (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( ✓ ) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ _332, 346. 21_ ,

( ✓ ) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: _WELLS FARGO BANK N.A._
Signed: _Ken Lauerman_
By: (if appropriate) _KEN LAUERMAN_
      as _VP_
Address: _MAC P6540 -040_
_999 3RD AVE_
_SEATTLE WA 98104_

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.**

    Zach Springer, Deputy Clerk
    U.S. Bankruptcy Court
    550 West Fort, MSC 042
    Boise, Idaho 83724

U.S. COURTS

2007 JAN 25 PM 2: 28

REC'D_____FILED_____
CAMERON S. BURKE
CLERK                IDAHO

AMENDED    BALLOT

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) | |
| El Paso Tree Farm Company | ) | BALLOT FOR ACCEPTING OR REJECTING |
| | ) | JOINT PLAN OF REORGANIZATION |
| Debtor. | ) | |
| | ) | |

    The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jjb 01936-014/188983 1/3/07 8:59:51 AM

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfied the requirement of ss. 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( X ) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ 1,000,000.00 .

   ( X ) Accepts the Plan
   ( ) Rejects the Plan

Print or type name of creditor:   Frontier Bank
Signed:
By: (if appropriate)      Don Richards  S.V.P.
         as
Address:        332 SW Everett Mall Way
        Everett, Washington  98213

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

      Zach Springer, Deputy Clerk
      U.S. Bankrupty Court
      550 West Fort, MSC 042
      Bosie, Idaho 83724

U.S. COURTS

2007 JAN 25 PM 2: 31

REC'D_____FILED_____
CAMERON S. BURKE.
CLERK        IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| In Re: | ) | Chapter 11 |
|---|---|---|
| | ) | Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) | |
| El Paso Tree Farm Company | ) | BALLOT FOR ACCEPTING OR REJECTING |
| | ) | JOINT PLAN OF REORGANIZATION |
| Debtor. | ) | |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jib 01936-014/188983  1/3/07 8:59:51 AM

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (X ) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ 316,982.60                                                    ,

(X ) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor:    The Commerce Bank of Washington, N.A.
Signed:
By: (if appropriate)        Lauren Jassny
        as            Chief Credit Officer
Address:            601 Union Street, #3600
            Seattle, WA 98101

## THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

2007 JAN 29  PM 3: 55

REC'D_____FILED_____
CAMERON S. BURKE.
CLERK  IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

     The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

    You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION  P.-1-
JMM/jib 01936-014/188983   1/3/07 8:59:51 AM



If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( x ) unsecured, (   ) secured creditor of the above named Debtor in the unpaid amount of $____120,000_____,

( x ) Accepts the Plan
(   ) Rejects the Plan

Print or type name of creditor:   Cowlitz Bank dba Bay Bank
Signed:
By: (if appropriate)   Larry Ellis
        as   Vice President
Address:   927 Commerce Avenue
        Longview, WA 98632

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.**

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

2007 JAN 30  PM 2: 09

REC'D _____ FILED
CAMERON S. BURKE
CLERK  IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 623-3515
Facsimile:  (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) | |
| El Paso Tree Farm Company | ) | BALLOT FOR ACCEPTING OR REJECTING |
| | ) | JOINT PLAN OF REORGANIZATION |
| Debtor. | ) | |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case.  The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  That Disclosure Statement is being sent to you with the Plan.  The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and Plan before you vote. You may wish to seek** legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.   In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( X ) unsecured, (  ) secured creditor of the above named Debtor in the unpaid amount of $ 2,083,596.67 ,

( ) Accepts the Plan
( X ) Rejects the Plan

Print or type name of creditor:  KeyBank National Association
Signed:
By: (if appropriate)   Thomas E. Nadon
              as    Vice President
Address:   601 108th Ave. NE  3rd Floor
              Bellevue, WA 98004

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

2007 JAN 31  AM 10: 49

REC'D_____FILED
CAMERON S BURKE
CLERK, IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (X) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ 3,016,328.45                          ,

(X) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: Washington Mutual Bank
Signed:
By: (if appropriate)    Charles R. Ekberg
        as    Its Attorney
Address:    1201 Third Ave., Suite 1404
        Seattle, WA  98101-3033

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE**
**January 31, 2007.**

> Zach Springer, Deputy Clerk
> U.S. Bankruptcy Court
> 550 West Fort, MSC 042
> Boise, Idaho 83724

· U.S. COURTS

2007 JAN 31 ᵃᵐ 12: 57

REC'D_____FILED____
CAMERON S. BURKE
CLERK          IDAHO

**JEROME SHULKIN, WSB No. 2198**
**SHULKIN HUTTON, INC., P.S.**
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

**JOSEPH M. MEIER, ISB No. 3314**
**COSHO, HUMPHREY, LLP**
P. O. Box 9518
Boise, ID 83707-9518
Telephone:     (208)344-7811
Facsimile:     (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) | |
| El Paso Tree Farm Company | ) | BALLOT FOR ACCEPTING OR REJECTING |
| | ) | JOINT PLAN OF REORGANIZATION |
| Debtor. | ) | |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jib 01936-014/188983  1/31/07 11:39:10 AM

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( x ) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $5,015,613.00,

( x ) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: Ambassadors Cruise Group LLC
Signed:
By: (if appropriate)        William Smith
        as              Attorney
Address:            225 North 9ᵗʰ Street, Suite 820
                Boise, Idaho 83701

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.**

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

U.S. COURTS

2007 JAN 19 AM 5: 20

REC'D_____FILED_____
CAMERON S. BURKE
CLERK            IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) | |
| El Paso Tree Farm Company | ) | BALLOT FOR ACCEPTING OR REJECTING |
| | ) | JOINT PLAN OF REORGANIZATION |
| Debtor. | ) | |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jib 01936-014/188983  1/3/07 8:59:51 AM

*Sec 1*

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (  ) unsecured, (XX) secured creditor of the above named Debtor in the unpaid amount of $ ___1,000,000.00_____,

(XX) Accepts the Plan
(  ) Rejects the Plan

Print or type name of creditor:    ___Frontier Bank_____
Signed:                            _____
By: (if appropriate)               ___Don Richards  S.V.P.___
        as
Address:                           ___332 SW Everett Mall Way___
                                   ___Everett Washington  98213___


**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.**

> Zach Springer, Deputy Clerk
> U.S. Bankruptcy Court
> 550 West Fort, MSC 042
> Boise, Idaho 83724

2007 JAN 30 PM 2:09

REC'D ———FILED——
CAMERON S. BURKE.
CLERK, IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.



If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( ) unsecured, (x) secured creditor of the above named Debtor in the unpaid amount of $ 3,119,138.82 _____,

( ) Accepts the Plan
(x) Rejects the Plan

Print or type name of creditor: PHH Mortgage Corporation
Signed:
By: (if appropriate)          Steven W. Boyce
        as                    Attorney of Record
Address:                      381 Shoup Ave. Ste.211
                              P.O. Box 50271
                              Idaho Falls, ID 83405

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

U.S. ........

2007 JAN 31  AM 10: 49

REC'D____ FILED____
CAMERON S. BURKE,
CLERK, IDAHO

**JEROME SHULKIN, WSB No. 2198**
**SHULKIN HUTTON, INC., P.S.**
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone:  (206) 623-3515
Facsimile:  (206) 682-9289
mepelbaum@shulkin.com

**JOSEPH M. MEIER, ISB No. 3314**
**COSHO, HUMPHREY, LLP**
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jib 01936-014/188983  12/29/06 2:04:04 PM

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.  In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( ) unsecured, (X) secured creditor of the above named Debtor in the unpaid amount of $ 2,897,363.99 ,

( X) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor:    Banner Bank
Signed:
By: (if appropriate)                    Craig Miller
              as                          Attorney for Banner Bank
Address:                                1501 Fourth Avenue, Suite 2600
                                        Seattle, WA 98101

**THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE**
**January 31, 2007.**

> Zach Springer, Deputy Clerk
> U.S. Bankruptcy Court
> 550 West Fort, MSC 042
> Boise, Idaho 83724

U.S. COURTS

2007 JAN 23 PM 12: 42

REC'D_____FILED
CAMERON S. BURKE
CLERK        IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) |
| El Paso Tree Farm Company | ) BALLOT FOR ACCEPTING OR REJECTING |
| | ) JOINT PLAN OF REORGANIZATION |
| Debtor. | ) |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jlb 01936-014/188983   12/29/06 2:04:04 PM


ORIGINAL

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( ) unsecured, (x) ~~secured~~ Class 4 creditor of the above named Debtor ~~in the unpaid amount of $~~ seeking real estate described in the Plan as the Garden City Property.

( x ) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: April Simplot ~~Cwin~~ and John R. Simplot
Signed:
By: (if appropriate)    Donald J. Farley
         as         Their Attorney
Address:            702 W. Idaho, Suite 700
                    Boise, ID  83702

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

01-30-2007   12:38   From-                                                    T-719   P.002/005   F-579

U.S. COURTS

2007 JAN 30  PM 12: 28

REC'D_____FILED_____
CAMERON S. BURKE,
CLERK      IDAHO

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:   (208)344-7811
Facsimile:   (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No. 06-00002-TLM |
| Don J. Simplot, aka | ) | |
| El Paso Tree Farm Company | ) | BALLOT FOR ACCEPTING OR REJECTING |
| | ) | JOINT PLAN OF REORGANIZATION |
| Debtor. | ) | |

The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P -1-
JMM/jlb 01936-014/188983  1/17/07 1:56:47 PM

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an ( x ) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ 2,005,000.000 _____

( X ) Accepts the Plan
( ) Rejects the Plan

Print or type name of creditor: Citicapital Commercial Corp.
Signed;                          K Debrah Gorzelon
By: (if appropriate)             Dona VP of Credit Management
    as                           GEID #0004023394
Address:                         3950 Reg 69:2203580
                                 Mail Stop S1B-135
                                 Irving, Tx. 75063

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

JEROME SHULKIN, WSB No. 2198
SHULKIN HUTTON, INC., P.S.
2101 Fourth Avenue, Suite 200
Seattle, WA 98121
Telephone: (206) 623-3515
Facsimile: (206) 682-9289
mepelbaum@shulkin.com

JOSEPH M. MEIER, ISB No. 3314
COSHO, HUMPHREY, LLP
P. O. Box 9518
Boise, ID 83707-9518
Telephone:    (208)344-7811
Facsimile:    (208)338-3290
jmeier@cosholaw.com

Attorneys for Debtor-in-Possession

U. S. COURTS

FEB - 7 2007

REC'D_____FILED_____
CAMERON S. BURKE
CLERK   IDAHO

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

In Re:

Don J. Simplot, aka
El Paso Tree Farm Company

                            Debtor.

)   Chapter 11
)   Case No. 06-00002-TLM
)
)   BALLOT FOR ACCEPTING OR REJECTING
)   JOINT PLAN OF REORGANIZATION
)
)

        The Debtor and the Unsecured Creditors Committee filed a Joint Plan of Reorganization dated the 29th day of December 2006, (the "Plan") in this case. The Court has approved a Disclosure Statement, which is called the Second Amended Disclosure Statement, with respect to the Plan. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. That Disclosure Statement is being sent to you with the Plan. The approval of the Disclosure Statement by the Court does not indicate approval of the Plan by the Court.

        You should review the Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in the class described in the Plan. If you hold claims or equity interests in more than one class you should submit a ballot for each class wherein you are classified, as you are entitled to vote in each class.

If your ballot is not received by the clerk of the court on or before the date specified below your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it and otherwise satisfies the requirement of § 1129(b) of the Code.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, an (x) unsecured, ( ) secured creditor of the above named Debtor in the unpaid amount of $ 14,000,000.00 _____

( ) Accepts the Plan
(x) Rejects the Plan

Print or type name of creditor: DJS Properties, L.P.
Signed:
By: (if appropriate)         William R. Snyder
                    as       Its Attorney of Record
Address:                     Post Office Box 2338
                             Boise, ID  83701

THIS BALLOT MUST BE RETURNED TO THE FOLLOWING ADDRESS ON OR BEFORE January 31, 2007.

Zach Springer, Deputy Clerk
U.S. Bankruptcy Court
550 West Fort, MSC 042
Boise, Idaho 83724

BALLOT FOR ACCEPTING OR REJECTING JOINT PLAN OF REORGANIZATION P-2-
JMM/jib 01936-014/188983   12/29/06 2:04:04 PM