Randall A. Peterman, ISB No. 1944
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
rap@moffatt.com
15-924.4

Attorneys for J. R. Simplot Company

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>DON J. SIMPLOT,<br><br>                Debtor. | Case No. 06-00002-TLM<br>Chapter 11<br><br>**JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF REORGANIZATION OF J.R. SIMPLOT COMPANY** |

COME NOW the Class A Stockholders (identified on Exhibit A attached hereto) and the Preferred Stockholders (identified on Exhibit B attached hereto) of J. R. Simplot Company, and join in the Objections to Confirmation of Modified Joint Plan of Reorganization of Debtor and Creditors' Committee, filed by J. R. Simplot Company.

**JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF REORGANIZATION OF J.R. SIMPLOT COMPANY - 1**

BOI_MT2:645564.1

DATED this 25th day of April, 2007.

          MOFFATT, THOMAS, BARRETT, ROCK &
          FIELDS, CHARTERED

By _____
Randall A. Peterman – Of the Firm
Attorneys for J. R. Simplot Company

AGS PROPERTIES, L.P.

By: _____
Its: _____

GCS PROPERTIES, L.P.

By: _____
Its: _____

SRS PROPERTIES, L.P.

By: _____
Its: _____

_____
Laurie C. Simplot Braun

**JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO
OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF
REORGANIZATION OF J.R. SIMPLOT COMPANY - 2**

BOI_MT2:645564.1

_____
Anne Calista Simplot

_/s/ Gay C. Simplot_____
Gay C. Simplot

_/s/ John Edward Simplot_____
John Edward Simplot

_____
Joseph William Simplot

_/s/ Scott R. Simplot_____
Scott R. Simplot

**JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF REORGANIZATION OF J.R. SIMPLOT COMPANY - 3**

BOI_MT2:645564.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April, 2007, I caused a true and correct copy of the foregoing **JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF REORGANIZATION OF J.R. SIMPLOT COMPANY** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Jerome Shulkin
SHULKIN HUTTON, INC., P.S.
425 Pike Street, Suite 610
Seattle, Washington 98101-4078
*Attorneys for Debtor*

GARY L. MCCLENDON
OFFICE OF THE UNITED STATES TRUSTEE
Washington Group Central Plaza
720 Park Boulevard, Suite 220
Boise, Idaho 83712

Ford Elsaesser
Bruce A. Anderson
ELSAESSER, JARZABEK, ANDERSON, MARKS,
    ELLIOTT & MCHUGH, CHTD.
123 South 3rd
Post Office Box 1049
Sandpoint, Idaho 83864-0855
*Attorneys for Regal Financial Bank*

Grant E. Courtney
Bruce W. Leaverton
Charles R. Ekbert
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
*Attorneys for Washington Mutual Bank and KeyBank, N.A.*

Joseph M Meier
COSHO HUMPHREY, LLP
P. O. Box 9518
800 Park Boulevard, Suite 790
Boise, Idaho 83707-9518
*Attorneys for Debtor*

Ada County Treasurer
P. O. Box 2868
Boise, Idaho 83701-2868

Eric R. Bjorkman
PERKINS COIE, L.L.P.
251 East Front Street, Suite 400
Boise, Idaho 83702-7310
*Attorneys for Foundation Bank*

Larry E. Prince
Robert A. Faucher
Brad A. Goergen
HOLLAND & HART, L.L.P.
101 South Capitol Boulevard, Suite 1400
Post Office Box 2527
Boise, Idaho 83701-2527
*Attorneys for Official Committee of Unsecured Creditors*

**JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF REORGANIZATION OF J.R. SIMPLOT COMPANY - 4**

BOI_MT2:645564.1

John F. Kurtz and Janine P. Reynard
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 West Main Street, Suite 1000
Post Office Box 1617
Boise, Idaho 83701-1617
*Attorneys for American West Bank*

Craig Miller
DAVIS WRIGHT TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
*Attorneys for Banner Bank*

Michael G Schmidt
LUKINS & ANNIS, PS
250 Northwest Boulevard, Suite 102
Coeur d'Alene, Idaho 83814-2971
*Attorneys for Washington Trust Bank*

Jeffrey M Wilson
WILSON McCOLL & RASMUSSEN
420 West Washington
Post Office Box 1544
Boise, Idaho 83701-1544
*Attorneys for CitiCapital Commercial Corporation*

Steven W. Boyce
JUST LAW OFFICE
381 Shoup Avenue
Post Office Box 50271
Idaho Falls, Idaho 83405
*Attorneys for PHH Mortgage Corp.*

Kelly Greene McConnell
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho 83701-2720
*Attorneys for Banner Bank*

Harold Q. Noack
1199 Shoreline Lane, Suite 308
Post Office Box 9795
Boise, Idaho 83707
*Attorneys for Rhodes Asset Management, LLC*

William L. Smith
TROUT ♦ JONES ♦ GLEDHILL ♦ FUHRMAN, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho 83701
*Attorneys for Frontier Bank*

William R. Snyder
WILLIAM R. SNYDER & ASSOCIATES, P.A.
520 W. Franklin Street
Post Office Box 2338
Boise, Idaho 83701-2338
*Attorneys for DJS Properties, L.P.*

Lance Loveland
PARSONS, SMITH, & STONE, LLP
137 West 13th Street
Post Office Box 910
Burley, Idaho 83318
*Attorneys for Diversified Financial Services, LLC*

AND, I HEREBY CERTIFY that on this 25th day of April, 2007, I caused a true and correct copy of the foregoing **JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF REORGANIZATION OF J.R. SIMPLOT COMPANY** to be served by the method indicated below, and addressed to the following non-CM/ECF Registered Participants:

**JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF REORGANIZATION OF J.R. SIMPLOT COMPANY - 5**

BOI_MT2:645564.1

Don J. Simplot (✓) U.S. Mail, Postage Prepaid
Post Office Box 27 ( ) Hand Delivered
Boise, Idaho  83707 ( ) Overnight Mail
 ( ) Facsimile

Bradley R. Duncan (✓) U.S. Mail, Postage Prepaid
2600 Century Square ( ) Hand Delivered
1501 Fourth Avenue ( ) Overnight Mail
Seattle, Washington  98101 ( ) Facsimile
*Attorneys for Banner Bank*

American Marine Bank (✓) U.S. Mail, Postage Prepaid
Attn:  Barbara Swartling ( ) Hand Delivered
Post Office Box 10788 ( ) Overnight Mail
Bainbridge Island, Washington  98110 ( ) Facsimile

Citicorp USA, Inc. (✓) U.S. Mail, Postage Prepaid
399 Park Avenue ( ) Hand Delivered
New York, New York  10043 ( ) Overnight Mail
 ( ) Facsimile

The Commerce Bank of Washington, N.A. (✓) U.S. Mail, Postage Prepaid
c/o Charles C. Robinson ( ) Hand Delivered
Eighteenth Floor ( ) Overnight Mail
1191 Second Avenue ( ) Facsimile
Seattle, Washington  98101-2939

Brent G. Summers (✓) U.S. Mail, Postage Prepaid
TARLOW NAITO & SUMMERS LLP ( ) Hand Delivered
6650 SW Redwood Lane, Suite 215 ( ) Overnight Mail
Portland, Oregon  97224 ( ) Facsimile
*Attorneys for DJS Properties, L.P.*

Foundation Bank (✓) U.S. Mail, Postage Prepaid
c/o Frederick W. Schoepflin ( ) Hand Delivered
1201 Third Avenue, Suite 3200 ( ) Overnight Mail
Seattle, Washington  98101 ( ) Facsimile

_____
Randall A. Peterman

**JOINDER OF CLASS A STOCKHOLDERS AND PREFERRED STOCKHOLDERS TO OBJECTION TO CONFIRMATION TO MODIFIED JOINT PLAN OF REORGANIZATION OF J.R. SIMPLOT COMPANY - 6**

BOI_MT2:645564.1

# Exhibit A

BOI_MT2:645564.1

## Class A Stockholders of J.R. Simplot Company

Braun, Laurie C. Simplot;

Simplot, Anne Calista;

Simplot, Gay C.;

Simplot, John Edward;

Simplot, Joseph William; and

Simplot, Scott R..

BOI_MT2:645564.1

# Exhibit B

BOI_MT2:645564.1

## Preferred Stockholders of J.R. Simplot Company

AGS Properties L.P;

Braun, Laurie C. Simplot;

GCS Properties, L.P.;

Simplot, Anne Calista;

Simplot, John Edward;

Simplot, Joseph William; and

SRS Properties, L.P.