# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Joseph M. Meier
Cosho Humphrey, LLP
jmeier@cosholaw.com
(Debtor)

Kelly Greene McConnell
Givens Pursley LLP
litigation@givenspursley.com
(Banner Bank)

Jerome Shulkin
mepelbaum@shulkin.com
(Debtor)

Craig Miller
Davis Wright Tremaine LLP
craigmiller@dwt.com
(Banner Bank)

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

John S. Kaplan
Erik R. Bjorkman
Perkins Coie LLP
jkaplan@perkinscoie.com
Ebjorkman@perkinscoie.com
(Foundation Bank)

Gary L. McClendon
gary.mcclendon@usdoj.gov
(U.S. Trustee)

Michael G. Schmidt
Lukins & Annis, P.S.
mgs@lukins.com
(Washington Trust Bank)

Bruce A. Anderson
Elsaesser Jarzabek Anderson Marks Elliott and McHugh
baafiling@ejame.com
(Regal Financial Bank)

Ford Elsaesser
Elsaesser Jarzabek Anderson Marks Elliott and McHugh
ford@ejame.com
(Regal Financial Bank)

Jeffrey M. Wilson
Wilson McColl & Rasmussen
jeff@wilsonmccoll.com
(CitiCapital Commercial Corporation)

Jed Morris
Lukins & Annis, P.S.
mgs@lukins.com
(Washington Trust Bank)

William L. Smith
Trout Jones Gledhill Fuhrman, P.A.
bsmith@idalaw.com
(Frontier Bank)

John F. Kurtz, Jr.
Hawley Troxell Ennis & Hawley, LLP
jfk@hteh.com
(American West Bank)

Lynda Fischer
Ada County Treasurer
trbankrupt@adaweb.net, bankruptcy@adaweb.net

Grant E. Courtney
Lane Powell PC
courtneyg@lanepowell.com
(Washington Mutual Bank and Key Bank)

Harold O. Noack, Jr.
Harold O. Noack, Jr., P.A.

Bruce W. Leaverton
Lane Powell PC

MODIFIED JOINT PLAN OF REORGANIZATION OF DEBTOR AND CREDITORS' COMMITTEE

| | |
|---|---|
| pete@noacklaw.com<br>(Rhodes Asset Management) | leavertonh@lanepowell.com<br>(Key Bank, N.A.) |
| William R. Snyder<br>William R. Snyder & Associates, P.A.<br>main@wrslegal.com<br>(DJS Properties, L.P.) | Randall A. Peterman<br>Moffatt, Thomas, Barrett, Rock & Fields, Chtd.<br>rap@moffatt.com<br>(J.R. Simplot Company) |
| Steven W. Boyce<br>Just Law Office<br>sboyce@justlawidaho.com<br>(PHH Mortgage Corp.) | Daniel C. Green<br>Racine Olson Nye Budge & Bailey, Chtd.<br>dan@racinelaw.net<br>(Cowlitz Bank) |
| Ian S. Ostrovsky<br>Crocker Kuno Ostrovsky LLC<br>iostrovsky@crockerkuno.com<br>(Cowlitz Bank) | Charles R. Ekberg<br>Lane Powell PC<br>ekbergc@lanepowell.com<br>(Washington Mutual Bank and Key Bank) |
| P. Larry Westberg<br>Westberg<br>lwstbrg@cableone.net<br>(DJS Properties, L.P.) | |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first-class mail, postage prepaid addressed as follows:

| | |
|---|---|
| Don J. Simplot<br>c/o El Paso Tree Farm Company<br>P.O. Box 27<br>Boise, ID 83707 | Bradley R. Duncan<br>2600 Century Square<br>1501 Fourth Avenue<br>Seattle, WA 98101 |
| Brent G. Summers<br>Tarlow Naito & Summers LLP<br>6650 S.W. Redwood Lane, Suite 215<br>Portland, OR 97224 | D. John Thornton, Esq.<br>Justin Jones, Esq.<br>Thornton Byron LLP<br>P.O. Box 7156<br>Boise, ID 83707-1156 |
| Ronald N. Graves<br>999 Main Street, Suite 1300<br>Boise, ID 83702 | Marina Yakolina<br>Vice President, Private Banking<br>Special Assets and Restructuring Group<br>Citibank, N.A.<br>485 Lexington Avenue, 11th Floor<br>New York, NY 10017 |
| Tom Hammons<br>AmericanWest Bank<br>9019 E. Appleway Boulevard<br>Spokane Valley, WA 99212 | Richard A. Hooper<br>Pivotal Solutions, Inc.<br>451 SW 10th Street, Suite 107<br>Renton, WA 98055<br>(Foundation Bank) |

MODIFIED JOINT PLAN OF REORGANIZATION OF DEBTOR AND CREDITORS' COMMITTEE

Donald M. Campanella
CitiCapital Commercial Corp.
4000 Regent Boulevard, Mail Stop S1B-135
Irving, TX 75063

Chuck Foisie, CCO
Regal Financial Bank
925 Fourth Avenue, Suite 100
Seattle, WA 98104

Richard C. Linthicum
Special Assets and Restructuring Group
Citibank, N.A.
485 Lexington Avenue, 11th Floor
New York, NY 10017

Commerce Bank of Washington, N.A.
Charles C. Robinson
Garvey Schubert Barer
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939

Charles Wood
Washington Trust Bank
P.O. Box 2127
Spokane, WA 99210-2127

Don Richards
Senior Vice President, Special Projects
Frontier Bank
P.O. Box 2210
Everett, WA 98213

David R. Riley
Weinstein & Riley P.S.
2101 Fourth Avenue, Suite 900
Seattle, WA 98121
(Frontier Bank)

Kim A. Andres
Associate General Counsel
CitiCapital Commercial Corp.
4000 Regent Boulevard
Mail Stop S1B-135
Irving, TX 75063
(CitiCapital Commercial Corp.)

Richard S. Fries
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(Citicorp USA, Inc.)

Thomas R. Califano
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
(Citicorp USA, Inc.)

Aequitas Capital Management
805 SW Broadway, Suite 560
Portland, OR 97205

Bradford Anderson
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
(American Marine Bank)

Asia-Europe-America Bank
AEA Bank
1505 Westlake Ave. N., Suite 125
Seattle, WA 98109

Bay Bank
Division of Cowlitz Bancorp
1505 Westlake Ave. N., Suite 125
Seattle, WA 98109

Columbia Bank
Special Credits MS: 6115
P.O. Box 2156
Tacoma, WA 98401-2156

Diversified Financial Services
14010 First Nat'l Bank Parkway
Suite 205
Omaha, NE 68154

MODIFIED JOINT PLAN OF REORGANIZATION OF DEBTOR AND CREDITORS'
COMMITTEE

Frederick W. Schoepflin
Keller Rohrback
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(Foundation Bank)

Douglas W. Toms
2001 Lakewood Drive
Olympia, WA 98501

Key Bank
Coastal
1211 S.W. Fifth, Suite 560
Portland, OR 97204

Thomas Nadon
Key Bank N.A. Asset Recovery
601 108th Avenue N.E., 3rd Floor
Bellevue, WA 98004

Jean M. DeFond
First Vice President and Senior Counsel
Washington Mutual Bank
1201 Third Avenue, WMT 1706
Seattle, WA 98101

John Simplot
1103 E. Harrison Street
Seattle, WA 98102

Andrew Haroian
325 W. Karcher Road
Nampa, ID 83687

Coastal Hotel Group Mgmt.
c/o Agent Douglas W. Toms
2001 Lakewood Drive
Olympia, WA 98501

CQ River Cruises, LLC
c/o Manager Douglas Toms
2001 Lakewood Drive
Olympia, WA 98501

EEX Acquisition, LLC
c/o Manager Douglas Toms
2001 Lakewood Drive
Olympia, WA 98501

Key Bank
OR-MF-Portland
1211 S.W. Fifth, Suite 560
Portland, OR 97204

Mark Lundquist
Foundation Bank
1110 112th Avenue N.E., Suite 100
Bellevue, WA 98004

Merrill Lynch Credit Corp.
4802 Deer Lake Drive East
Jacksonville, FL 32246-6484

April Simplot
3000 E. Park River Drive
Boise, ID 83706

CQ Acquisition, LLC
c/o Manager, Douglas Toms
2001 Lakewood Drive
Olympia, WA 98501

3DM LLC
c/o Agent Douglas W. Toms
2001 Lakewood Drive
Olympia, WA 98501

BB Acquisition, LLC
c/o Manager, Douglas Toms
2001 Lakewood Drive
Olympia, WA 98501

Entech Development
325 W. Karcher Road
Nampa, ID 83687

DJS Properties, LP
P.O. Box 77
Boise, ID 83707

GB Vessel Acquisition, LLC
c/o Manager, Douglas Toms
2001 Lakewood Drive
Olympia, WA 98501

MODIFIED JOINT PLAN OF REORGANIZATION OF DEBTOR AND CREDITORS' COMMITTEE

Fusion Packaging Solutions
325 W. Karcher Road
Nampa, ID 83687

MARAD
400 7th Street S.W.
Room 7228
Washington, D.C. 20590

M&H Development
c/o Bob Hanna
22499 Channel Road
Caldwell, ID 83607

ML Investments, Inc.
P.O. Box 27
Boise, ID 83707

Operadora Turistica
P.O. Box 51469
Los Angeles, CA 90051-5789

Ontario Partners
c/o Colleen McManus
DLA Piper Rudnick
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Resort Maintenance, LLC
P.O. Box 881069
San Diego, CA 92168

Wells Fargo Bank, N.A.
Consumer Credit Group
MAC #N8235-049
Des Moines, IA 50306-0438

Royal Management
c/o Mr. Douglas Toms, President
2001 Lakewood Drive
Olympia, WA 98501

Scott Lamm & Robert Haggett
c/o Redcliff Development
3451 Copper Point Drive, Suite 106
Meridian, ID 83642

American Marine Bank
Attn: Barbara Swarling
P.O. Box 10788
Bainbridge, WA 98110

The Commerce Bank of Washington, N.A.
c/o Charles C. Robinson
1191 Second Avenue, Eighteenth Floor
Seattle, WA 98101-2939

Washington Mutual
c/o Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Michael Ballantyne
Thornton Oliver Keller
250 S. Fifth Street, 2nd Floor
Boise, ID 83702

DJS Management LLC
4406 N. Tiverton Place
Boise, ID 83702

Michael Simplot
4390 N. Westview Place
Boise, ID 83704

Michael Simplot, Custodian for Breanne Simplot
4390 N. Westview Place
Boise, ID 83704

Debbie McDonald, Custodian for Patrick Henry McDonald
3085 East Nature Drive
Boise, ID 83706

Cindy Haroian
1849 North Stoneview Place
Boise, ID 83702

Cindy Haroian, Custodian for Andrew Haroian
1849 North Stoneview Place
Boise, ID 83702

MODIFIED JOINT PLAN OF REORGANIZATION OF DEBTOR AND CREDITORS' COMMITTEE

Cindy Haroian, Custodian for Samantha Haroian
1849 North Stoneview Place
Boise, ID 83702

Cindy Haroian, Custodian for Isabelle Haroian
1849 North Stoneview Place
Boise, ID 83702

Cindy Haroian, Custodian for Julian Haroian
1849 North Stoneview Place
Boise, ID 83702

Cindy Haroian, Custodian for Sophia Haroian
1849 North Stoneview Place
Boise, ID 83702

John D. Simplot
909 N. 20th
Boise, ID 83702

John D. Simplot, Custodian for John Warren Simplot
909 N. 20th
Boise, ID 83702

John D. Simplot, Custodian for Clayton Simplot
909 N. 20th
Boise, ID 83702

John D. Simplot, Custodian for Thomas Simplot
909 N. 20th
Boise, ID 83702

April Gwin, Custodian for Oliva Gwin
1936 Teal Lane
Boise, ID 83706

Eric Simplot
4390 N. Westview Place
Boise, ID 83704

Debbie McDonald
3085 East Nature Drive
Boise, ID 83706

/s/ Larry Prince
for HOLLAND & HART LLP

3599406_8.12.DOC

MODIFIED JOINT PLAN OF REORGANIZATION OF DEBTOR AND CREDITORS'
COMMITTEE