Randall A. Peterman, ISB No. 1944
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
101 S. Capitol Blvd., 10th Floor
Post Office Box 829
Boise, Idaho 83701
Telephone (208) 345-2000
Facsimile (208) 385-5384
rap@moffatt.com
15-924.4

Attorneys for J. R. Simplot Company

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>DON J. SIMPLOT,<br><br>                Debtor. | Case No. 06-00002-TLM<br>Chapter 11<br><br>**SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING** |

       COME NOW J. R. Simplot Co. ("Company") and certain shareholders of the J.R. Simplot Co. ("Shareholders") and file this Supplement to J. R. Simplot Company and Shareholder Disclosure of All Written Exhibits to be Produced at the Confirmation Hearing ("Supplemental Notice"). The Company and the Shareholders file this Supplemental Notice in accordance with: (a) the Scheduling Order and Notice of Hearing ("Scheduling Order") entered by this Court on March 20, 2007; (b) the Stipulated Order and Protective Order Regarding Rule 2004 Exams and Confidentiality (Simplot Parties) ("Protective Order"); and (c) applicable local rules. The Company and the Shareholders further file this Notice as parties who timely objected

**SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING - 1**

to the Modified Joint Plan of Reorganization of Debtor and Creditors' Committee ("Modified Plan"), as required in the Scheduling Order.

The Company and the Shareholders do hereby disclose their intent to introduce, in addition to those exhibits previously identified, correspondence dated May 3, 2007, from Randall Peterman to Larry Prince and Joseph Meier regarding issues of assumption or rejection of executory contracts between the Debtor and the Company, which is marked as Exhibit P and attached to that list of exhibits identified on Exhibit 1 annexed hereto.

DATED this 10th day of May, 2007.

MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By _____
Randall A. Peterman – Of the Firm
Attorneys for J. R. Simplot Company

**SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING - 2**

BOI_MT2:649743.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of May, 2007, I caused a true and correct copy of the foregoing **SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Jerome Shulkin
SHULKIN HUTTON, INC., P.S.
425 Pike Street, Suite 610
Seattle, Washington 98101-4078
*Attorneys for Debtor*

Joseph M Meier
COSHO HUMPHREY, LLP
P. O. Box 9518
800 Park Boulevard, Suite 790
Boise, Idaho 83707-9518
*Attorneys for Debtor*

GARY L. MCCLENDON
OFFICE OF THE UNITED STATES TRUSTEE
Washington Group Central Plaza
720 Park Boulevard, Suite 220
Boise, Idaho 83712

Ada County Treasurer
P. O. Box 2868
Boise, Idaho 83701-2868

Ford Elsaesser
Bruce A. Anderson
ELSAESSER, JARZABEK, ANDERSON, MARKS,
    ELLIOTT & MCHUGH, CHTD.
123 South 3rd
Post Office Box 1049
Sandpoint, Idaho 83864-0855
*Attorneys for Regal Financial Bank*

Eric R. Bjorkman
PERKINS COIE, L.L.P.
251 East Front Street, Suite 400
Boise, Idaho 83702-7310
*Attorneys for Foundation Bank*

Grant E. Courtney
Bruce W. Leaverton
Charles R. Ekbert
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
*Attorneys for Washington Mutual Bank and KeyBank, N.A.*

Larry E. Prince
Robert A. Faucher
Brad A. Goergen
HOLLAND & HART, L.L.P.
101 South Capitol Boulevard, Suite 1400
Post Office Box 2527
Boise, Idaho 83701-2527
*Attorneys for Official Committee of Unsecured Creditors*

**SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING - 3**

BOI_MT2:649743.1

John F. Kurtz and Janine P. Reynard
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 West Main Street, Suite 1000
Post Office Box 1617
Boise, Idaho 83701-1617
*Attorneys for American West Bank*

Craig Miller
DAVIS WRIGHT TREMAINE LLP
2600 Century Square
1501 Fourth Avenue
Seattle, Washington 98101-1688
*Attorneys for Banner Bank*

Michael G Schmidt
LUKINS & ANNIS, PS
250 Northwest Boulevard, Suite 102
Coeur d'Alene, Idaho 83814-2971
*Attorneys for Washington Trust Bank*

Jeffrey M Wilson
WILSON MCCOLL & RASMUSSEN
420 West Washington
Post Office Box 1544
Boise, Idaho 83701-1544
*Attorneys for CitiCapital Commercial Corporation*

Steven W. Boyce
JUST LAW OFFICE
381 Shoup Avenue
Post Office Box 50271
Idaho Falls, Idaho 83405
*Attorneys for PHH Mortgage Corp.*

Kelly Greene McConnell
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho 83701-2720
*Attorneys for Banner Bank*

Harold Q. Noack
1199 Shoreline Lane, Suite 308
Post Office Box 9795
Boise, Idaho 83707
*Attorneys for Rhodes Asset Management, LLC*

William L. Smith
TROUT ♦ JONES ♦ GLEDHILL ♦ FUHRMAN, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho 83701
*Attorneys for Frontier Bank*

William R. Snyder
WILLIAM R. SNYDER & ASSOCIATES, P.A.
520 W. Franklin Street
Post Office Box 2338
Boise, Idaho 83701-2338
*Attorneys for DJS Properties, L.P.*

Lance Loveland
PARSONS, SMITH, & STONE, LLP
137 West 13th Street
Post Office Box 910
Burley, Idaho 83318
*Attorneys for Diversified Financial Services, LLC*

**SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING - 4**

BOI_MT2:649743.1

AND, I HEREBY CERTIFY that on this 10th day of May, 2007, I caused a true and correct copy of the foregoing **SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING** to be served by the method indicated below, and addressed to the following non-CM/ECF Registered Participants:

| | |
|---|---|
| Don J. Simplot<br>Post Office Box 27<br>Boise, Idaho  83707 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Bradley R. Duncan<br>2600 Century Square<br>1501 Fourth Avenue<br>Seattle, Washington  98101<br>*Attorneys for Banner Bank* | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| American Marine Bank<br>Attn:  Barbara Swartling<br>Post Office Box 10788<br>Bainbridge Island, Washington  98110 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Citicorp USA, Inc.<br>399 Park Avenue<br>New York, New York  10043 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| The Commerce Bank of Washington, N.A.<br>c/o Charles C. Robinson<br>Eighteenth Floor<br>1191 Second Avenue<br>Seattle, Washington  98101-2939 | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |
| Brent G. Summers<br>TARLOW NAITO & SUMMERS LLP<br>6650 SW Redwood Lane, Suite 215<br>Portland, Oregon  97224<br>*Attorneys for DJS Properties, L.P.* | (✓) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Facsimile |

**SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING - 5**

BOI_MT2:649743.1

Foundation Bank  
c/o Frederick W. Schoepflin  
1201 Third Avenue, Suite 3200  
Seattle, Washington 98101

(✓) U.S. Mail, Postage Prepaid  
( ) Hand Delivered  
( ) Overnight Mail  
( ) Facsimile

*[signature]*  
Randall A. Peterman

**SUPPLEMENT TO J. R. SIMPLOT COMPANY AND SHAREHOLDER DISCLOSURE OF ALL WRITTEN EXHIBITS TO BE PRODUCED AT THE CONFIRMATION HEARING - 6**

BOI_MT2:649743.1

# Exhibit 1

# BANKRUPTCY COURT
## Exhibit List

| CASE NAME | COURT DATE | DOCKET NUMBER |
|---|---|---|
| In re Don J. Simplot | May 16, 2007 | |

| DEBTOR'S COUNSEL | CREDITOR'S COUNSEL |
|---|---|
| Joseph Meier<br>Cosho Humphrey, LLP<br>Washington Group Plaza IV800 Park Boulevard, Suite 790<br>Boise, Idaho 83712 | Randall A. Peterman<br>Moffatt Thomas Barrett Rock & Fields, Chtd.<br>P.O. Box 829, Boise, Idaho 83701<br>Attorneys for J.R. Simplot Company and Shareholders |

| PRESIDING JUDGE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Terry L. Myers | | |

| EXHIBITS | | | | | | DESCRIPTION |
|---|---|---|---|---|---|---|
| D | C1 | C2 | C3 | MARKED | ADMITTED | |
| | A | | | | | Blackline version of Modified Joint Plan of Reorganization |
| | B | | | | | Blackline version of Exhibit 1.2.20 - Creditors' Trust Agreement |
| | C | | | | | (CR 225) Order Granting Protective Order re Rule 2004 Exams |
| | D | | | | | *Undated Certificates Class A & Preferred Stock in JR Simplot Co. |
| | E | | | | | *06/28/55 Articles of Incorporation, Amended 05/21/97 |
| | F | | | | | *3/11/97 Special Resolution of JR Simplot Co. Board of Directors |
| | G | | | | | *3/11/97 Special Resolution of JR Simplot Co Class A Shareholders |
| | H | | | | | *3/24/97 Consent of Class B Capital Stockholders re Cert. of Amendment |
| | I | | | | | *3/24/97 Consent of Class B Capital Stockholders re Cert. of Amendment |
| | J | | | | | *3/24/97 Consent of Class B Capital Stockholders re Cert. of Amendment |
| | K | | | | | *3/24/97 Consent of Class B Capital Stockholders re Cert. of Amendment |
| | L | | | | | *3/24/97 Consent of Class B Capital Stockholders re Cert. of Amendment |
| | M | | | | | *3/24/97 Consent of Class B Capital Stockholders re Cert. of Amendment |
| | N | | | | | *05/97 Stockholders Agreement among JRS Co. & Shareholders |
| | O | | | | | *1/1/00 Supp. Class A Shareholder Agreement among the shareholders. |
| | P | | | | | 5/3/07 letter from R. Peterman to J. Meier & L. Prince re executory contract |

\* - Confidential J.R. Simplot Co. Confidential Information subject to the Protective Order of the Idaho Bankruptcy Court Case No. 06-00002.
   (Exhibits D-O are filed under seal pursuant to the Protective Order.)

MT2:647764.1

# Exhibit P

## Moffatt Thomas
MOFFATT THOMAS BARRETT ROCK & FIELDS, CHTD.

Eugene C. Thomas
John W. Barrett
R. B. Rock
Richard C. Fields
John S. Simko
John C. Ward
D. James Manning
Gary T. Dance
Larry C. Hunter
Randall A. Peterman
Mark S. Prusynski
Stephen R. Thomas
Glenna M. Christensen
Gerald T. Husch
Scott L. Campbell
Robert B. Burns

Michael E. Thomas
Patricia M. Olsson
Bradley J Williams
Lee Radford
Michael O. Roe
David S. Jensen
James L. Martin
C. Clayton Gill
Michael W. McGreaham
David P. Gardner
Julian E. Gabiola
Angela Schaer Kaufmann
Kimberly D. Evans Ross
Paul D. McFarlane
Jon A. Stenquist
Tyler J. Henderson

C. Edward Cather III
Jason G. Murray
Mark C. Peterson
Andrew J. Waldera
Tyler J. Anderson
Dylan B. Lawrence
Russell G. Metcalf
Benjamin C. Ritchie
Rebecca A. Rainey

Robert E. Bakes, *of counsel*
Morgan W. Richards, *of counsel*

*Willis C. Moffatt*, 1907-1980
*Kirk R. Helvie*, 1956-2003

Boise
Idaho Falls
Pocatello
Twin Falls

US Bank Plaza Building
101 S Capitol Blvd 10th Fl
PO Box 829
Boise Idaho 83701 0829

208 345 2000
800 422 2889
208 385 5384 Fax
www.moffatt.com

May 3, 2007

Joseph M. Meier
Cosho Humphrey, LLP
Washington Group Plaza IV
800 Park Boulevard, Suite 790
Boise, Idaho 83712

Larry E. Prince
Holland & Hart, L.L.P.
101 South Capitol Boulevard, Suite 1400
Post Office Box 2527
Boise, Idaho 83701-2527

Re:  **J.R. Simplot Company/Don Simplot Bankruptcy**
MTBR&F File No. 15-786.0004

Gentlemen:

I am writing to formally request that each of you (as plan proponents under the Modified Plan) advise me in writing no later than May 9, 2007, as to: (a) what contracts as between Don Simplot ("Debtor"), on the one hand, and J. R. Simplot Co. ("Company") or the shareholders of J. R. Simplot Co. ("Shareholders"), on the other hand, you deem to be executory contracts which can be assumed or rejected under Section 365 or Section 1123 of the Bankruptcy Code; and (b) your election as to whether you plan to assume or reject such contracts at or before the confirmation hearing set for May 16, 2007.

The documents in question are identified in footnote 1 to the Company's objection to the original plan.

From my point of view, your failure to timely respond may result in a delay in the confirmation process.

Very truly yours,

*[signature]*

Randall A. Peterman

RAP/kad