B 250 A  Summons in an Adversary Proceeding
DISTRICT OF IDAHO

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re  Don J. Simplot

Bankruptcy Case No. 06-00002

_____ **Debtor**

RONALD GREENSPAN, as Estate Representative of the Don J. Simplot Bankruptcy Estate,

**Plaintiff**

Vs.

JOHN D. SIMPLOT, in his capacity as custodian for Thomas Robert Simplot under the Idaho Uniform Transfers to Minors Act; and APRIL S. GWIN, in her capacity as custodian for Olivia Grace Gwin under the Idaho Uniform Transfers to Minors Act; **Defendant**

Adversary Proceeding No.

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of the Clerk |
|---|
| Clerk, U.S. Bankruptcy Court |
| 550 W. Fort Street, MSC 039, Boise, ID 83724-0039 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Larry E. Prince and Brad A. Goergen |
| Holland & Hart LLP |
| P.O. Box 2527, Boise, ID 83701-2527 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

CAMERON S BURKE
Clerk of the Bankruptcy Court

_____  By:_____
Date                          Deputy Clerk

1