B 250 A  Summons in an Adversary Proceeding
DISTRICT OF IDAHO

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re  Don J. Simplot

Bankruptcy Case No.  06-00002

_____ **Debtor**

RONALD GREENSPAN, as Estate
Representative of the Don J. Simplot Bankruptcy
Estate,

### Plaintiff

Vs.

NINA L. SIMPLOT, an individual; REID H. SIMPLOT,
an individual; BREANNE ELIZABETH SIMPLOT, an
individual; PATRICK HENRY MCDONALD, an individual;
ANDREW CORTLAND HAROIAN, an                          **Defendant**
individual; SAMANTHA ERIN HAROIAN, an individual;
JULIAN JAMES HAROIAN, an individual;

Adversary Proceeding No.

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this
summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except
that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35
days.

> Address of the Clerk
>
> Clerk, U.S. Bankruptcy Court
>
> 550 W. Fort Street, MSC 039, Boise, ID 83724-0039

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Larry E. Prince and Brad A. Goergen
> Holland & Hart LLP
> P.O. Box 2527, Boise, ID 83701-2527

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE
YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND
JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED
IN THE COMPLAINT.**

CAMERON S BURKE
**Clerk of the Bankruptcy Court**

By:_____

_____
**Date**                                              **Deputy Clerk**

1