B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Ronald F. Greenspan, as Estate Representative of the Don J. Simplot Bankruptcy Estate | **DEFENDANTS**<br>Please see attached list of Defendants |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Larry E. Prince/Brad A. Goergen<br>Holland & Hart LLP<br>P.O. Box 2527, Boise, ID 83701-2527 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☑ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☑ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Multiple causes of action under state and federal law seeking avoidance of transfers, declaratory relief, relief for stay violations, dissolution of a partnership, damages for breach of a promissory note, subordination of claims, derivative relief under state partnership law, and relying on, among other statutes, 11 U.S.C. Sections 362, 510, 544, 547, 548, 550, 553, and 28 U.S.C. Section 2201.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☒ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☒ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☑ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ To be proven at trial |

Other Relief Sought
SEE DESCRIPTION ABOVE

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Don J. Simplot | | BANKRUPTCY CASE NO.<br>06-00002 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Idaho | | DIVISION OFFICE<br>Boise | NAME OF JUDGE<br>Terry L. Myers |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF Ronald F. Greenspan, as Estate Representative of the Don J. Simplot Bankruptcy Estate | DEFENDANT<br>DJS Properties, L.P., et al. | | ADVERSARY PROCEEDING NO.<br>07-06054-TLM |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Idaho | | DIVISION OFFICE<br>Boise | NAME OF JUDGE<br>Terry L. Myers |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ Brad A. Goergen/* | | | |
| DATE<br>January 2, 2008 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Brad A. Goergen, Attorney for Plaintiff | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# ADVERSARY PROCEEDING COVER SHEET
## LIST OF DEFENDANTS

DJS PROPERTIES, L.P., an Idaho limited partnership;
DJS MANAGEMENT LLC, an Idaho limited liability company;
DJS II FAMILY GRANTOR TRUST, an Idaho Trust;
MICHAEL LLOYD SIMPLOT, an individual;
DEBBIE S. MCDONALD, an individual;
CINDY SIMPLOT HAROIAN, an individual;
JOHN DON SIMPLOT, an individual;
APRIL DAWN SIMPLOT GWIN, an individual;
JOHN RALSTIN SIMPLOT, an individual;
ERIC MICHAEL SIMPLOT, an individual;
MICHAEL L. SIMPLOT, in his capacity as custodian for Breanne Elizabeth Simplot under the Idaho Uniform Transfers to Minors Act;
DEBBIE S. MCDONALD, in her capacity as custodian for Patrick Henry McDonald under the Idaho Uniform Transfers to Minors Act;
CINDY S. HAROIAN, in her capacity as custodian for Andrew Cortland Haroian under the Idaho Uniform Transfers to Minors Act;
CINDY S. HAROIAN, in her capacity as custodian for Samantha Erin Haroian under the Idaho Uniform Transfers to Minors Act;
CINDY S. HAROIAN, in her capacity as custodian for Isabelle Morgan Haroian under the Idaho Uniform Transfers to Minors Act;
CINDY S. HAROIAN, in her capacity as custodian for Julian James Haroian under the Idaho Uniform Transfers to Minors Act;
CINDY S. HAROIAN, in her capacity as custodian for Sophia Rose Haroian under the Idaho Uniform Transfers to Minors Act;
JOHN D. SIMPLOT, in his capacity as custodian for John Warren Simplot under the Idaho Uniform Transfers to Minors Act;
JOHN D. SIMPLOT, in his capacity as custodian for Clayton Allan Simplot under the Idaho Uniform Transfers to Minors Act;
JOHN D. SIMPLOT, in his capacity as custodian for Thomas Robert Simplot under the Idaho Uniform Transfers to Minors Act;
APRIL S. GWIN, in her capacity as custodian for Olivia Grace Gwin under the Idaho Uniform Transfers to Minors Act;
NINA L. SIMPLOT, an individual;
REID H. SIMPLOT, an individual;
BREANNE ELIZABETH SIMPLOT, an individual;
PATRICK HENRY MCDONALD, an individual;
ANDREW CORTLAND HAROIAN, an individual;
SAMANTHA ERIN HAROIAN, an individual;
ISABELLE MORGAN HAROIAN, an individual;
JULIAN JAMES HAROIAN, an individual;
SOPHIA ROSE HAROIAN, an individual;
JOHN WARREN SIMPLOT, an individual;

CLAYTON ALLAN SIMPLOT, an individual;
THOMAS ROBERT SIMPLOT, an individual;
OLIVIA GRACE GWIN, an individual; and
JOHN H. GWIN, an individual