

J.R. SIMPLOT COMPANY   ONE CAPITAL CENTER   999 MAIN STREET   SUITE 1300
P.O. BOX 27   BOISE, IDAHO 83707 (208) 336-2110   FAX (208) 389-7515

December 2, 2008

CORPORATE HEADQUARTERS

Ronald Greenspan
Estate Representative of the Don J. Simplot Bankruptcy Estate
c/o FTI Consulting, Inc.
633 West 5th Street, Suite 1600
Los Angeles, CA 90071-2027

**Shareholder Communication**

**COPY**

RE: 2008 Class B Stock Buyback Offer

Dear Class B Shareholder:

After an excellent year, the J. R. Simplot Company is offering to buy back up to $65,000,000 of Class B Stock from shareholders during the period between December 15, 2008 and January 31, 2009. Each participating Class B shareholder will share in the offer based on his or her pro-rata portion of the total number of shares held in the aggregate outstanding Class B shares. It is possible that certain other shareholders may choose to limit or not to participate in the buyback program, freeing up additional funds to allow the Company to purchase additional shares from participating shareholders beyond their pro-rata allotments. This is a voluntary proposal, so you have no obligation to participate in this buyback offer. **However, the Company must receive the enclosed Notice of Participation and Assignment of Stock form, completed and signed, by noon on December 15, 2008 or you will have waived your opportunity to take part in this buyback. As always, the decision to make such offers is within the discretion of the Board of Directors.**

The Company offers to pay $14,900.00 per share in this buyback. **The Company is willing to pay this amount to buy the stock back at this time. It is not a representation of the stock's fair market value.** The Company engaged Houlihan Lokey Howard & Zukin to assist the Company in estimating the fair market value of the Company's equity securities on a nonmarketable minority ownership interest basis. The Board considered this valuation and several other business factors in determining the per-share price. Again, the Company does not represent that the per-share amount being offered reflects fair market value.

As you know, most of the original stock certificates representing the shares to be purchased by the Company are in the possession of the Company for safekeeping. For those shareholders in possession of the original stock certificate(s) representing the shares to be purchased by the Company, the original certificate(s) must be physically surrendered to the Company in order to receive the buyback funds. In either case, a new stock certificate reflecting the shareholder's adjusted Class B holdings after the buyback will be issued to the shareholder in due course. **Surrender of the stock to be sold is to be completed by December 22, 2008 or January 9, 2009 as the shareholder directs. Payment for purchased shares will be made promptly after surrender and/or transfer. The Company provides no financial or tax advice in connection with this transaction.**

You must complete and sign the enclosed Notice of Participation and Assignment of Stock and return to me at the Corporate Office by **noon on December 15, 2008 or you will have waived your opportunity to participate in this buyback.**

Sincerely,

Terry T. Uhling
Sr. Vice President, Secretary
and General Counsel



EXHIBIT A

Larry E. Prince, Esq.

*Bringing Earth's Resources to Life*

4526v

## Notice of Participation

Please make your choices below:

If you will **NOT** participate in this buyback offer, then please circle no, sign this form and return this form in the enclosed envelope.

**NO**

_____
Ronald Greenspan
SHAREHOLDER
[Sign here if you will **NOT** participate]

If you **AGREE** to participate in this buyback offer, then circle yes, sign this form, complete all of the information below and return the signed form in the enclosed envelope.

**YES**

- **Total number of your Class B shares: 133.363**
- **Total number of your Class B shares currently available for buyback: 18.296**

If you have circled **YES**, above signifying your agreement to participate in this buyback, you must complete either (a) or (b), below. If you select option (b), you **MUST** fill in the maximum number of your Class B shares to be purchased by the Company:

☐ (a) I elect to sell 18.296 shares of my Class B Stock to the Company.

**OR**

☐ (b) I elect to sell up to _____ shares of my Class B Stock to the Company (the number of shares may be any number between 0 and 133.363).

_____
Ronald Greenspan
SHAREHOLDER
[Sign here if you **AGREE** to participate]

## Assignment of Stock

**FOR VALUE RECEIVED**, Ronald Greenspan, hereby sells, assigns and transfers unto J. R. Simplot Company the number of shares selected above of the Class B Stock of J. R. Simplot Company standing in my name on the books of the Corporation, and does hereby irrevocably constitute and appoint the Secretary of the Corporation as my attorney to transfer the said stock on the books of the within named Corporation with full power of substitution in the premises. You must check and complete one or both of the following, depending on when you want the sale(s) of your stock to occur: ☐ Transfer _____ of my shares on or before December 22, 2008. ☐ Transfer _____ of my shares after December 31, 2008 and on or before January 9, 2009.

Dated: _____

_____
Ronald Greenspan
[Sign here only if you participate]

Larry E. Prince, Esq.                                                                                              4526v



**Larry E. Prince**
lprince@hollandhart.com
Direct Fax: 800-565-7718

RECEIVED

DEC - 4 2008

J. R. SIMPLOT CO.

December 4, 2008

**VIA HAND DELIVERY**

Mark Thompson
Associate General Counsel
J.R. Simplot Company
999 West Main Street, 10th Floor
Boise, ID 83702

  Re:  **2008 Class B Stock Buy-Back Offer**

Dear Mark:

   I write to confirm our telephone conversation today. By letter dated December 2, 2008 (the "Buy-Back Letter"), the J.R. Simplot Company ("Company") has offered to buy back up to $65,000,000 of its Class B stock from shareholders at a purchase price of $14,900 per share. The initial offer is to purchase the stock on a pro rata basis, but if some shareholders choose to limit their participation or not participate in the buy-back program, the Company may purchase additional shares from willing shareholders up to the aggregate $65,000,000 purchase price. The Buy-Back Letter provides that the Company must receive the completed and signed Notice of Participation and Assignment of Stock form included with the Buy-Back Letter by no later than noon, December 15, 2008, or the shareholder will have waived its opportunity to take part in the buy-back. The Buy-Back Letter also provides that the surrender of the stock must be completed by no later than January 9, 2009.

   As we discussed, Ron Greenspan, as Estate Representative of the Don J. Simplot Bankruptcy Estate ("Estate Representative") is not able to sell the Estate's Class B stock without first obtaining Bankruptcy Court approval of any proposed sale and that the time necessary to present a proposed sale to the Bankruptcy Court may adversely impact the Estate Representative's ability to participate in the buy-back program. The Company has agreed that, notwithstanding anything contained in the Buy-Back Letter or the Notice of Participation and Assignment of Stock form, the Estate Representative shall have until noon, December 15, 2008, to inform the Company of the number of Class B shares the Estate Representative will seek Bankruptcy Court approval to sell and that the Estate Representative shall have until January 15, 2009 to: (1) complete, sign, and deliver to the Company the Notice of Participation and Assignment of Stock form attached to the Buy-Back Letter; and (2) surrender the Class B stock certificate for the stock to be sold pursuant to the buy-back program.

**EXHIBIT B**

Holland & Hart LLP
Phone [208] 342-5000   Fax [208] 343-8869   www.hollandhart.com
101 South Capitol Boulevard Suite 1400 Boise, ID 83702   Mailing Address P.O. Box 2527 Boise, ID 83701-2527
Denver  Aspen  Boulder  Colorado Springs  Denver Tech Center  Billings  Boise  Cheyenne  Jackson Hole  Las Vegas  Reno  Salt Lake City  Santa Fe  Washington, D.C.



Mark Thompson
December 4, 2008
Page 2

    The Estate Representative appreciates the Company's consideration. Please confirm that this letter correctly sets forth the Company's agreement pertaining to this matter by signing below and returning to me the original letter.

    Thank you again.

Very truly yours,

Larry E. Prince
of Holland & Hart LLP

LEP:ch

cc:    Ron Greenspan (via e-mail)

APPROVE:

J.R. SIMPLOT COMPANY

By_____
Mark Thompson, Associate General Counsel
4 Dec. 2008

4397897_1.DOC