Larry E. Prince, ISB No. 1759
Robert A. Faucher, ISB No. 4745
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, ID  83701-2527
Telephone:  (208) 342-5000
Facsimile:  (208) 343-8869
E-mail:  lprince@hollandhart.com
          rfaucher@hollandhart.com

Attorneys for Ronald Greenspan as Estate Representative
of the Don J. Simplot Bankruptcy Estate

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| In Re:<br><br>DON J. SIMPLOT,<br><br>     Debtor. | Case No. 06-00002-TLM<br>Chapter 11<br><br>**AFFIDAVIT OF LARRY E. PRINCE** |
|---|---|

STATE OF IDAHO    )
                  ) ss:
County of Ada     )

  Larry E. Prince, being first duly sworn on oath, hereby deposes and says:

  1.  I am an attorney with the law firm of Holland & Hart LLP, one of the attorneys for Ronald Greenspan in his capacity as the Estate Representative of the Don J. Simplot Bankruptcy Estate (the "Estate Representative"), and I have personal knowledge of the matters stated herein.

  2.  As is set forth in the Joint Notice of Waiver of Condition Precedent to Effective Date and Notice of Effective Date filed in the above-captioned matter (docket no. 653), the "Effective Date" of the Modified Joint Plan of Reorganization of Debtor and Creditors' Committee (docket no. 577) (the "Plan") was October 10, 2007.

**AFFIDAVIT OF LARRY E. PRINCE - 1**

3. Included among the Retained Assets (as that term is defined in the Plan) are 133.363 shares of Class B Capital Stock in J.R. Simplot Company issued in the name of the Estate Representative (the "Securities"). At a duly convened meeting of the Executive Board held on December 3, 2008, the Executive Board of the Creditors' Trust (which was established pursuant to the Creditors' Trust Agreement) approved the Estate Representative's sale of the Securities to J.R. Simplot Company for the price of $14,900 per share pursuant to the buy-back program set forth in the letter dated December 2, 2008, from J.R. Simplot Company to the Estate Representative, a copy of which is attached as Exhibit B to the Estate Representative's Motion to Sell Class B Stock filed with this Affidavit.

4. Section 5.1.2.3 of the Plan provides that, among other things, the Estate Representative has the right and power to sell retained assets "after first obtaining approval of the Bankruptcy Court."

FURTHER YOUR AFFIANT SAYETH NOT.

DATED this 5th day of December 2008.

       /s/ Larry Prince
       Larry E. Prince

STATE OF IDAHO    )
                      ) ss:
County of Ada     )

On this 5th day of December 2008, before me, Colette W. Hardesty, Notary Public, personally appeared Larry E. Prince, known or identified to me (or proved to me on oath) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

       /s/ Colette W. Hardesty
       Notary Public
       Residing at Boise, Idaho
       My Commission Expires: 3-13-2013

**AFFIDAVIT OF LARRY E. PRINCE - 2**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2008, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bruce A Anderson     baafiling@ejame.com
Eric R Bjorkman     Ebjorkman@perkinscoie.com, lconcannon@perkinscoie.com
Steven W Boyce     sboyce@justlawidaho.com, ddorman@justlawidaho.com
Laura E Burri     lburri@ringertlaw.com
D Blair Clark     dbc@dbclarklaw.com, mbblair@dbclarklaw.com
Sarah E Davis     sedavis@hollandhart.com
Warren S Derbidge     warren.derbidge@usdoj.gov, al.dawson@usdoj.gov, USAID.ECFNOTICE@USDOJ.GOV,
Charles R Ekberg     ekbergc@lanepowell.com, jagows@lanepowell.com
Robert A Faucher     rfaucher@hollandhart.com, boiseintaketeam@hollandhart.com
Randal J French     rfrench@bauerandfrench.com, nichole@bauerandfrench.com; nancy@bauerandfrench.com; jheineman@bauerandfrench.com
Daniel C Green     dan@racinelaw.net, ajc@racinelaw.net
TMetcalfe J.R. Simplot Company     Tree.Metcalfe@simplot.com
John F Kurtz     jfk@hteh.com
Bruce W Leaverton     leavertonb@lanepowell.com
Lance A Loveland     love9593@pmt.org
Jed W Manwaring     jmanwaring@evanskeane.com
Gary L McClendon     gary.mcclendon@usdoj.gov
Kelly Greene McConnell     laurierehder@givenspursley.com, laurierehder@givenspursley.com
Joseph M Meier     jmeier@cosholaw.com, jbean@cosholaw.com
Craig Miller     craigmiller@dwt.com
Randall A Peterman     rap@moffatt.com, alj@moffatt.com;kad@moffatt.com;ecf@moffatt.com;moffattthomas@hotmail.com
Larry E Prince     lprince@hollandhart.com, chardesty@hollandhart.com; boiseintaketeam@hollandhart.com
Michael G Schmidt     mgs@lukins.com, jwm@lukins.com
Jerome Shulkin     mepelbaum@shulkin.com
W Ben Slaughter     bslaughter@idahomutualtrust.com
William L Smith     billsmithlaw@gmail.com, bill@billsmithlaw.com
William R Snyder     main@wrslegal.com, connie@wrslegal.com
US Trustee     ustp.region18.bs.ecf@usdoj.gov
AKieffer Washington Trust Bank     BKNotices@watrust.com
Paul L Westberg     lwstbrg@cableone.net, mklinford@cableone.net;mrstorrs@cableone.net
Jeffrey M Wilson     jeff@wilsonmccoll.com, cindy@wilsonmccoll.com

**AFFIDAVIT OF LARRY E. PRINCE - 3**

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first-class mail, postage prepaid addressed as follows:

| | |
|---|---|
| American Marine Bank<br>Attn: Barbara Kaye<br>P.O. Box 10788<br>Bainbridge, WA  98110 | Michael Ballantyne<br>Thornton Oliver Keller<br>250 S. Fifth Street, 2nd Floor<br>Boise, ID  83702 |
| The Commerce Bank of Washington, N.A.<br>c/o Charles C. Robinson<br>Eighteenth Floor<br>1191 Second Avenue<br>Seattle, WA  98101-2939 | American Marine Bank<br>c/o John Braislin<br>Betts Patterson Mines<br>One Convention Place<br>701 Pike Street, Suite 1400<br>Seattle, WA  98101-3927 |

   /s/ Larry Prince
for HOLLAND & HART LLP

4398226_1.DOC

**AFFIDAVIT OF LARRY E. PRINCE - 4**